# No. 09-50323

## IN THE
## UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

### UNITED STATES OF AMERICA,
Plaintiff-Appellee,

v.

**SAID FRANCISCO HERRERA, also known as Shorty; ARTURO ENRIQUEZ, also known as Tury; MANUEL CARDOZA, also known as Tolon; CARLOS PEREA, also known as Shotgun; EUGENE MONA, also known as Gino; BENJAMIN ALVAREZ, also known as T-Top**
Defendants-Appellants.

Appeal from the United States District Court
for the Western District of Texas

---

## RECORD EXCERPTS

---

## In connection with the brief filed
## for Carlos Perea, also known as Shotgun

---

John D. Gates
1700 N. Stanton
El Paso, Texas 79902
(915) 532-3638
Fax (915) 545-1066
Attorney for defendant-appellant
Carlos Perea

(Electronic Version also Filed)

# TABLE OF CONTENTS

| *Tab* | *Document* | *Record Cite* |
|---|---|---|
| 1. | Docket Sheet…………………….…….........CR, pp. 1-22 | |
| 2. | Notice of Appeal……………….……….......…..CR, p. 1627 | |
| 3. | Indictment…………………….....CR, pp. 28-52, 216-217 | |
| 4. | Judgment/Sentence………….……….....…CR, pp. 1607-1612 | |
| 5. | Certificate of Service | |

# TAB 1
## Docket Sheet

**U.S. District Court [LIVE]**
**Western District of Texas (El Paso)**
**CRIMINAL DOCKET FOR CASE #: 3:08-cr-00059-DB-1**

**Case Title:** USA v. Perea                    **Date Filed:** 1/9/2008
**Other court case number(s):** None
**Magistrate judge case number(s):** None

---

**Assigned to:** Judge David Briones
**Referred to:**

**Defendant**
------------------------

**Carlos Perea (1)**                 represented by   **John David Gates**
                                                    1700 N. Stanton
                                                    El Paso, TX 79902
                                                    (915)532-3638
                                                    Fax: 915/545-1066
                                                    Email: johndgates@gmail.com
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*
                                                    *Designation: CJA Appointment*

                                                    **Gary B. Weiser**
                                                    Attorney at Law
                                                    521 Texas Avenue
                                                    El Paso, TX 79901
                                                    (915) 544-0880
                                                    Fax: 915/544-8091
                                                    Email: gbwlaw@yahoo.com
                                                    *TERMINATED: 6/8/2009*
                                                    *Designation: CJA Appointment*

*aka*
**Shotgun**

**(1)**
*TERMINATED: 4/15/2009*

**Pending Counts**                                  **Disposition**
----------------------                              ----------------

EXTORTION, RACKETEERING, AND                        Life imprisonment, 5 years supervised
THREATS in violation of Title 18 USC,               release, $100 S/A, concurrent to Count(s)
Section(s) 1962(c)                                  2, 4 & 5, consecutive to
(1 )                                                EP-01-CR-1437-DB, and $2,500.00

RACKETEERING - NARCOTICS in violation of Title 18 USC, Section(s) 1962(d)
(2 )

Life imprisonment, 5 years supervised release, $100 S/A, concurrent to Count(s) 1, 4 & 5, consecutive to EP-01-CR-1437-DB

LAUNDERING OF MONETARY INSTRUMENTS in violation of Title 18 USC, Section(s) 1956(a)(1)(A)(i)(B)(i)&(h)
(4 )

Life imprisonment, 5 years supervised release, $100 S/A, concurrent to Count(s) 1, 2 & 5, consecutive to EP-01-CR-1437-DB

CONSPIRACY TO POSSESS CONTROLLED SUBSTANCE with intent to distribute heroin, cocaine & marijuana
(5 )

Life imprisonment, 5 years supervised release, $100 S/A, concurrent to Count(s) 1, 2 & 4, consecutive to EP-01-CR-1437-DB

**Highest Offense Level (Opening)**
--------------------------------------------

Felony

**Terminated Counts**
--------------------------

**Disposition**
----------------

None

**Highest Offense Level (Terminated)**
-----------------------------------------------

Felony

**Complaints**
-------------------------

**Disposition**
----------------

None

**Plaintiff**
--------------------------

**USA**                          represented by   **Jose Luis Acosta**
                                                  U.S. Attorney's Office
                                                  700 E. San Antonio St.
                                                  Suite 200
                                                  El Paso, TX 79901
                                                  (915) 534-6884
                                                  Fax: 915/534-3418
                                                  Email: Jose.Acosta2@usdoj.gov
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

**Joseph H. Gay, Jr.**
Assistant U.S. Attorney
601 N.W. Loop 410
Suite 600
San Antonio, TX 78216
(210) 384-7090
Fax: 210/530-6180
Email: Joseph.Gay@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Filing Date | # | Docket Text |
|---|---|---|
| 1/9/2008 (p.23) | 201 | MOTION to Seal Indictment/Information by USA as to Carlos Perea. (rrv, ) (Entered: 2/15/2008) |
| 1/9/2008 (p.26) | 202 | ORDER granting [201] Motion to Seal Indicment as to Carlos Perea (1). Signed by Judge Norbert J. Garney. (rrv, ) (Entered: 2/15/2008) |
| 1/9/2008 (p.28) | 203 | SEALED Indictment filed (Redacted Version) Unredacted document sealed pursuant to E-Government Act of 2002 as to Carlos Perea (1) count(s) 1, 2, 3, 4, 5. (Attachments: # (1) Sealed Indictment cont.) (rrv, ) (Entered: 2/15/2008) |
| 1/9/2008 (p.53) | 205 | ORDER FOR ISSUANCE OF Bench Warrant as to Carlos Perea. Signed by Judge Norbert J. Garney. (rrv, ) (Entered: 2/15/2008) |
| 1/9/2008 (p.54) | 206 | Warrant Issued as to Carlos Perea. (rrv, ) (Entered: 2/15/2008) |
| 1/15/2008 (p.56) | 219 | Detainer Lodged as to Carlos Perea (rrv, ) (Entered: 2/15/2008) |
| 1/31/2008 (p.57) | 224 | Detainer Lodged as to Carlos Perea (rrv, ) (Entered: 2/15/2008) |
| 2/11/2008 (p.59) | 225 | MOTION to Detain Defendant without Bond by USA as to Carlos Perea. (rrv, ) (Entered: 2/15/2008) |
| 2/13/2008 | | Arrest of Carlos Perea (rrv, ) (Entered: 2/15/2008) |
| 2/13/2008 | | INDICTMENT UNSEALED as to Carlos Perea (rrv, ) (Entered: 2/15/2008) |
| 2/13/2008 (p.61) | 231 | NOTICE OF HEARING as to Carlos Perea, Manuel Cardoza, Benjamin Alvarez Arraignment set for 2/19/2008 03:30 PM before Judge Michael S. McDonald. Detention Hearing set for 2/19/2008 03:30 PM before Judge Michael S. McDonald. (rrv, ) (Entered: 2/15/2008) |

| | | |
|---|---|---|
| 2/13/2008 | | Minute Entry for proceedings held before Judge Michael S. McDonald:Initial Appearance as to Carlos Perea, Manuel Cardoza, Benjamin Alvarez held on 2/13/2008 (Minute entry documents are not available electronically.) (Court Reporter ero.) (rrv, ) (Entered: 2/15/2008) |
| 2/13/2008 | | ORAL ORDER OF TEMPORARY DETENTION: Bond set to no bond set as to Carlos Perea, Manuel Cardoza, Benjamin Alvarez. Signed by Judge Michael S. McDonald. (rrv, ) (Entered: 2/15/2008) |
| 2/14/2008 (p.62) | 204 | Personal Data Sheet (Redacted) by USA as to Carlos Perea (rrv, ) (Entered: 2/15/2008) |
| 2/14/2008 (p.64) | 228 | CJA 20 as to Carlos Perea: Appointment of Attorney Gary B. Weiser for Carlos Perea.. Signed by Judge Michael S. McDonald. (rrv, ) (Entered: 2/15/2008) |
| 2/15/2008 (p.65) | 232 | Notice of Arrest to CRD Cabrera as to Carlos Perea (rrv, ) (Entered: 2/19/2008) |
| 2/19/2008 (p.66) | 235 | ORDER SETTING as to Carlos Perea, Manuel Cardoza, Benjamin Alvarez, ( Docket Call set for 3/7/2008 08:30 AM before Judge David Briones.). Signed by Judge David Briones. (rrv, ) (Entered: 2/19/2008) |
| 2/19/2008 (p.67) | 239 | WAIVER of Detention Hearing by Carlos Perea (rrv, ) (Entered: 2/20/2008) |
| 2/20/2008 (p.68) | 237 | WAIVER of Personal Appearance at Arraignment and Entry of Plea of Not Guilty by Carlos Perea (rrv, ) (Entered: 2/20/2008) |
| 2/20/2008 (p.69) | 238 | General ORDER of Discovery as to Carlos Perea. Signed by Judge David Briones. (rrv, ) (Entered: 2/20/2008) |
| 2/20/2008 (p.73) | 240 | ORDER OF DETENTION: Bond set to detain w/out bond as to Carlos Perea. Signed by Judge Michael S. McDonald. (rrv, ) (Entered: 2/20/2008) |
| 2/25/2008 (p.75) | 250 | MOTION for Disclosure *LIMITED DISCLOSURE OF INDICTMENT* by USA as to Eric Saucedo, Eugene Mona, Jose Martin Garcia, Said Francisco Herrera, Johnny Michelletti, Arturo Enriquez, Gustavo Gallardo, Roberto Duran, Adam Munoz, SandyValles New, Carlos Perea, Manuel Cardoza, Benjamin Alvarez. (Acosta, Jose) (Entered: 2/25/2008) |
| 2/27/2008 (p.79) | 254 | ORDER granting [250] Motion for Disclosure as to Carlos Perea (1), Manuel Cardoza (2), Benjamin Alvarez (3), Gustavo Gallardo (6), Eugene Mona (7), Jose Martin Garcia (8), Roberto Duran (9), Danny Tarin (10), Johnny Michelletti (11), Said Francisco Herrera (12), Adam Munoz (13), Eric Saucedo (14), Arturo Enriquez (15), Sandy Valles New (16). Signed by Judge David Briones. (rrv, ) (Entered: 2/27/2008) |
| 3/4/2008 (p.80) | 263 | MOTION *To Designate Case as "Unusual and Complex" and Tolling of Speedy Trial Provisions* by USA as to Eric Saucedo, Eugene Mona, Jose Martin Garcia, Danny Tarin, Said Francisco Herrera, Johnny Michelletti, Arturo Enriquez, GustavoGallardo, Roberto Duran, Adam Munoz, Sandy Valles New, Carlos |

| | | |
|---|---|---|
| | | Perea, Manuel Cardoza, Benjamin Alvarez. (Acosta, Jose) (Entered: 3/4/2008) |
| 3/6/2008 (p.86) | 270 | Notice of Arrest from U.S. Marshals Service as to Carlos Perea (rrv, ) (Entered: 3/6/2008) |
| 3/6/2008 (p.87) | 271 | Warrant Returned Executed on 2/13/08 as to Carlos Perea. (rrv, ) (Entered: 3/6/2008) |
| 3/7/2008 (p.88) | 272 | ORDER GRANTING [263] Motion Designate Case Complex and Tolling of Speedy Trial Provisions as to Carlos Perea (1), Manuel Cardoza (2), Benjamin Alvarez (3), Gustavo Gallardo (6), Eugene Mona (7), Jose Martin Garcia (8), Roberto Duran (9), Danny Tarin(10), Johnny Michelletti (11), Said Francisco Herrera (12), Adam Munoz (13), Eric Saucedo (14), Arturo Enriquez (15), Sandy Valles New (16). Signed by Judge David Briones. (rrv, ) (Entered: 3/7/2008) |
| 3/7/2008 (p.90) | 273 | Minute Entry for proceedings held before Judge David Briones:Docket Call as to Eric Saucedo, Eugene Mona, Jose Martin Garcia, Danny Tarin, Said Francisco Herrera, Johnny Michelletti, Arturo Enriquez, Gustavo Gallardo, Roberto Duran, Adam Munoz, Sandy Valles New, Carlos Perea, Manuel Cardoza, Benjamin Alvarez held on 3/7/2008. Docket Call reset. (Minute entry documents are not available electronically.) (Court Reporter M.S.Briggs.) (rrv, ) (Entered: 3/10/2008) |
| 3/19/2008 (p.94) | 279 | ORDER TO CONTINUE - Ends of Justice as to Eugene Mona, Jose Martin Garcia, Danny Tarin, Said Francisco Herrera, Johnny Michelletti, Gustavo Gallardo, Roberto Duran, Adam Munoz, Carlos Perea, Manuel Cardoza, Benjamin Alvarez, ( Docket Call set for 5/2/2008 08:30 AM before Judge David Briones.). Signed by Judge David Briones. (rrv, ) (Entered: 3/20/2008) |
| 4/29/2008 (p.95) | 311 | MOTION for Protective Order by USA as to Carlos Perea. (Acosta, Jose) (Entered: 4/29/2008) |
| 4/29/2008 (p.100) | 312 | MOTION to Compel *Defendant's Natural Voice and Natural Handwriting and Handprinting Examples* by USA as to Carlos Perea. (Acosta, Jose) (Entered: 4/29/2008) |
| 5/1/2008 (p.105) | 316 | MOTION *for Reasonable Visitations with his Family and for General Mail and Telephone Correspondence with his Family* by Carlos Perea as to Eric Saucedo, Eugene Mona, Jose Martin Garcia, Danny Tarin, Said Francisco Herrera, Johnny Michelletti, Arturo Enriquez, Gustavo Gallardo, Roberto Duran, Adam Munoz, Sandy Valles New, Carlos Perea, Manuel Cardoza, Benjamin Alvarez, Miguel Angel Esqueda. (Weiser, Gary) (Entered: 5/1/2008) |
| 5/2/2008 (p.109) | 318 | Minute Entry for proceedings held before Judge David Briones:Docket Call as to Carlos Perea, Manuel Cardoza, Benjamin Alvarez, Miguel Angel Esqueda held on 5/2/2008. Docket Call reset. (Minute entry documents are not available electronically.) (Court Reporter M.S.Briggs.) (rrv, ) (Entered: 5/2/2008) |
| 5/9/2008 (p.110) | 327 | ORDER TO CONTINUE - Ends of Justice as to Eric Saucedo, Eugene Mona, Jose Martin Garcia, Danny Tarin, Said Francisco Herrera, Johnny Michelletti, Arturo Enriquez, Gustavo Gallardo, Roberto Duran, Adam Munoz, Sandy Valles |

| | | |
|---|---|---|
| | | New, Carlos Perea, Manuel Cardoza, Benjamin Alvarez, Miguel Angel Esqueda, ( Docket Call set for 7/11/2008 08:30 AM before Judge David Briones.). Signed by Judge David Briones. (rrv, ) (Entered: 5/9/2008) |
| 5/14/2008 (p.111) | 329 | ORDER GRANTING IN PART AND DENYING IN PART [316] Motion For Reasonable Visitations With His Family And For General Mail And Telephone Correspondence With His Family as to Carlos Perea (1). Signed by Judge David Briones. (rrv, ) (Entered: 5/14/2008) |
| 5/14/2008 | | Notice of Correction: regarding Order Granting In Part/Denying In Part (document #329) Order applies to ALL Defendants in cause number EP-08-CR-59-DB / USA vs Carlos Perea, et al. (rrv, ) (Entered: 5/14/2008) |
| 5/14/2008 (p.115) | 330 | Order received by U.S. Marshals regarding "Motion for Visitation" by Carlos Perea. Order refers to Eric Saucedo, Eugene Mona, Jose Martin Garcia, Danny Tarin, Said Francisco Herrera, Johnny Michelletti, Arturo Enriquez, Gustavo Gallardo, Roberto Duran, Adam Munoz, Sandy Valles New, Manuel Cardoza, Benjamin Alvarez, Miguel Angel Esqueda, and related cases EP-08-CR-61-DB, EP-08-CR-62-DB, EP-08-CR-66-DB, EP-08-CR-68-DB, and EP-08-CR-69-DB. (rrv, ) (Entered: 5/14/2008) |
| 5/19/2008 (p.119) | 332 | ORDER GRANTING Government's [311] Motion for Protective Order as to Carlos Perea (1). Signed by Judge David Briones. (rrv, ) (Entered: 5/21/2008) |
| 5/21/2008 (p.120) | 334 | MOTION to Appoint Investigator by Sandy Valles New as to Eric Saucedo, Eugene Mona, Jose Martin Garcia, Danny Tarin, Said Francisco Herrera, Johnny Michelletti, Arturo Enriquez, Gustavo Gallardo, Roberto Duran, Adam Munoz, Sandy Valles New, CarlosPerea, Manuel Cardoza, Benjamin Alvarez, Miguel Angel Esqueda. (Revelette, Nancy) (Entered: 5/21/2008) |
| 5/22/2008 (p.124) | 336 | ORDER RESETTING as to Eric Saucedo, Eugene Mona, Jose Martin Garcia, Danny Tarin, Said Francisco Herrera, Johnny Michelletti, Arturo Enriquez, Gustavo Gallardo, Roberto Duran, Adam Munoz, Sandy Valles New, Carlos Perea, Manuel Cardoza, Benjamin Alvarez, Miguel Angel Esqueda, ( Docket Call reset for 7/10/2008 08:30 AM before Judge David Briones.). Signed by Judge David Briones. (rrv, ) (Entered: 5/23/2008) |
| 5/27/2008 (p.126) | 338 | ORDER GRANTING [312] Motion to Compel Voice and Natural Handwriting and Hand Printing Exemplars as to Carlos Perea (1). Signed by Judge David Briones. (mm1, ) (Entered: 5/27/2008) |
| 5/28/2008 (p.127) | 339 | ORDER permitting defts limited telephonic and in-person communication as to Eric Saucedo, Eugene Mona, Jose Martin Garcia, Danny Tarin, Said Francisco Herrera, Johnny Michelletti, Arturo Enriquez, Gustavo Gallardo, Roberto Duran, Adam Munoz, Sandy Valles New, Carlos Perea, Manuel Cardoza, Benjamin Alvarez, Miguel Angel Esqueda. Signed by Judge David Briones. (lc3, ) (Entered: 5/28/2008) |
| 5/28/2008 (p.129) | 340 | Returned Certified Copy of Order from USMS by Eric Saucedo, Eugene Mona, Jose Martin Garcia, Danny Tarin, Said Francisco Herrera, Johnny Michelletti, Arturo Enriquez, Gustavo Gallardo, Roberto Duran, Adam Munoz, Sandy Valles |

| | | |
|---|---|---|
| | | New, Carlos Perea, Manuel Cardoza, Benjamin Alvarez, Miguel Angel Esqueda (lc3, ) (Entered: 5/28/2008) |
| 6/3/2008 (p.131) | 346 | * MOTION to Amend/Correct *Order Granting Defendant's Motion for Reasonable Visitation with the Family and for General Mail and Telephone Correspondence* by Carlos Perea. (Weiser, Gary) (Entered: 6/3/2008) |
| 6/5/2008 (p.135) | 347 | RESPONSE TO MOTION by USA as to Carlos Perea Re: 346 */Defendant's Amend/Correct Order Granting Motion to Amend Visitation Order* (Acosta, Jose) (Entered: 6/5/2008) |
| 6/10/2008 (p.138) | 348 | ORDER GRANTING [346] Motion to Amend/Correct as to Carlos Perea (1). Signed by Judge David Briones. (rrv, ) (Entered: 6/11/2008) |
| 7/1/2008 (p.139) | 353 | ORDER as to Carlos Perea re [348] Order on Motion to Amend/Correct. Order is VACATED. Maria Delgado and Elizabeth Martinez are PROHIBITED from visiting Defendant Carlos Perea while he remains in custody.. Signed by Judge David Briones. (rrv, ) (Entered: 7/1/2008) |
| 7/1/2008 (p.140) | 355 | Order received by U.S. Marshals Service as to Carlos Perea (rrv, ) (Entered: 7/1/2008) |
| 7/7/2008 (p.141) | 356 | ORDER RESETTING as to Eric Saucedo, Eugene Mona, Jose Martin Garcia, Danny Tarin, Said Francisco Herrera, Johnny Michelletti, Arturo Enriquez, Gustavo Gallardo, Roberto Duran, Adam Munoz, Sandy Valles New, Carlos Perea, Manuel Cardoza, Benjamin Alvarez, Miguel Angel Esqueda, ( Docket Call reset for 7/18/2008 08:30 AM before Judge David Briones.). Signed by Judge David Briones. (rrv, ) (Entered: 7/7/2008) |
| 8/15/2008 (p.143) | 377 | * MOTION *to Adopt Defendant, Sandy Vallez New's Motion for Waiver of Maximum Compensation and Interim Payment Pursuant to 18 USC §3006A* by Carlos Perea. (Weiser, Gary) (Entered: 8/15/2008) |
| 9/8/2008 (p.146) | 395 | NOTICE of Intent to Use Evidence by USA as to Eric Saucedo, Eugene Mona, Jose Martin Garcia, Danny Tarin, Said Francisco Herrera, Johnny Michelletti, Arturo Enriquez, Gustavo Gallardo, Roberto Duran, Adam Munoz, Sandy Valles New, Carlos Perea, Manuel Cardoza, Benjamin Alvarez, Miguel Angel Esqueda (Acosta, Jose) (Entered: 9/8/2008) |
| 9/8/2008 (p.148) | 396 | * MOTION for Disclosure */of Discovery* by USA as to Eric Saucedo, Eugene Mona, Jose Martin Garcia, Danny Tarin, Said Francisco Herrera, Johnny Michelletti, Arturo Enriquez, Gustavo Gallardo, Roberto Duran, Adam Munoz, Sandy Valles New, CarlosPerea, Manuel Cardoza, Benjamin Alvarez, Miguel Angel Esqueda. (Acosta, Jose) (Entered: 9/8/2008) |
| 9/9/2008 (p.152) | 401 | ORDER as to Eric Saucedo, Eugene Mona, Jose Martin Garcia, Danny Tarin, Said Francisco Herrera, Johnny Michelletti, Arturo Enriquez, Gustavo Gallardo, Roberto Duran, Adam Munoz, Sandy Valles New, Carlos Perea, Manuel Cardoza, Benjamin Alvarez, Miguel Angel Esqueda - VENIRE QUESTIONNAIRE DEADLINE SET. Signed by Judge David Briones. (rrv, ) (Entered: 9/9/2008) |

| | | |
|---|---|---|
| 9/15/2008 (p.153) | 404 | ORDER [396] Motion for Disclosure as to Carlos Perea (1), Manuel Cardoza (2), Benjamin Alvarez (3), Miguel Angel Esqueda (5), Gustavo Gallardo (6), Eugene Mona (7), Jose Martin Garcia (8), Roberto Duran (9), Danny Tarin (10), Johnny Michelletti (11), Said Francisco Herrera (12), Adam Munoz (13), Eric Saucedo (14), Arturo Enriquez (15), Sandy Valles New (16). Signed by Judge David Briones. (rrv, ) (Entered: 9/15/2008) |
| 9/17/2008 (p.154) | 411 | Proposed Voir Dire by USA as to Eugene Mona, Danny Tarin, Said Francisco Herrera, Arturo Enriquez, Adam Munoz, Sandy Valles New, Carlos Perea, Manuel Cardoza, Benjamin Alvarez, Miguel Angel Esqueda (Acosta, Jose) (Entered: 9/17/2008) |
| 9/22/2008 (p.158) | 418 | ORDER as to Eric Saucedo, Eugene Mona, Jose Martin Garcia, Danny Tarin, Said Francisco Herrera, Johnny Michelletti, Arturo Enriquez, Gustavo Gallardo, Roberto Duran, Adam Munoz, Sandy Valles New, Carlos Perea, Manuel Cardoza, Benjamin Alvarez, Miguel Angel Esqueda. Signed by Judge David Briones. (ar, ) (Entered: 9/22/2008) |
| 9/29/2008 (p.166) | 422 | Response by USA as to Eric Saucedo, Eugene Mona, Jose Martin Garcia, Danny Tarin, Said Francisco Herrera, Johnny Michelletti, Arturo Enriquez, Gustavo Gallardo, Roberto Duran, Adam Munoz, Sandy Valles New, Carlos Perea, Manuel Cardoza, Benjamin Alvarez, Miguel Angel Esqueda re [418] Order, (Acosta, Jose) (Entered: 9/29/2008) |
| 10/8/2008 (p.168) | 431 | ORDER sua sponte as to Eric Saucedo, Eugene Mona, Jose Martin Garcia, Danny Tarin, Said Francisco Herrera, Johnny Michelletti, Arturo Enriquez, Gustavo Gallardo, Roberto Duran, Adam Munoz, Sandy Valles New, Carlos Perea, Manuel Cardoza, Benjamin Alvarez, Miguel Angel Esqueda. U.S. Marshals Service in receipt of order.. Signed by Judge David Briones. (rrv, ) (Entered: 10/8/2008) |
| 10/14/2008 (p.171) | 434 | NOTICE /for the Introduction of Other Acts by USA as to Carlos Perea, Benjamin Alvarez (Acosta, Jose) (Entered: 10/14/2008) |
| 10/17/2008 (p.179) | 440 | Writ of Habeas Corpus ad Testificandum Issued as to Carlos Perea for 11/3/08 at 9:00 a.m. before Magistrate Richard P. Mesa (lc3, ) (Entered: 10/17/2008) |
| 10/21/2008 (p.180) | 442 | * MOTION in Opposition to the Government's Notice for the Introduction of Other Acts by Carlos Perea. (Weiser, Gary) (Entered: 10/21/2008) |
| 10/23/2008 (p.185) | 449 | ORDER as to Carlos Perea, Benjamin Alvarez re [434] Notice For The Introduction of Other Acts filed by USA, Counsels for parties APPROACH THE BENCH and SEEK A RULING as to the admissibility of such evidence.. Signed by Judge David Briones. (rrv, ) (Entered: 10/23/2008) |
| 10/27/2008 (p.187) | 458 | * MOTION in Limine /Number One by USA as to Eugene Mona, Said Francisco Herrera, Arturo Enriquez, Adam Munoz, Carlos Perea, Manuel Cardoza, Benjamin Alvarez. (Acosta, Jose) (Entered: 10/27/2008) |
| 10/27/2008 (p.196) | 459 | * MOTION in Limine /Number Two by USA as to Eugene Mona, Said Francisco Herrera, Arturo Enriquez, Adam Munoz, Carlos Perea, Manuel Cardoza, Benjamin Alvarez. (Acosta, Jose) (Entered: 10/27/2008) |

| 10/27/2008 (p.202) | 460 | * MOTION in Limine *Number Three* by USA as to Eugene Mona, Said Francisco Herrera, Arturo Enriquez, Adam Munoz, Carlos Perea, Manuel Cardoza, Benjamin Alvarez. (Acosta, Jose) (Entered: 10/27/2008) |
|---|---|---|
| 10/27/2008 (p.207) | 461 | ORDER SETTING as to Eugene Mona, Said Francisco Herrera, Arturo Enriquez, Adam Munoz, Carlos Perea, Manuel Cardoza, Benjamin Alvarez, ( Status Conference set for 10/31/2008 01:30 PM before Judge David Briones.). Signed by Judge David Briones. (rrv, ) (Entered: 10/27/2008) |
| 10/31/2008 (p.208) | 488 | Minute Entry for proceedings held before Judge David Briones:Pretrial Conference as to Eugene Mona, Carlos Perea, Manuel Cardoza, Benjamin Alvarez held on 10/31/2008 (Minute entry documents are not available electronically.) (Court Reporter M.S.Briggs.) (rrv, ) (Entered: 11/3/2008) |
| 11/3/2008 (p.210) | 490 | * MOTION to Unseal Indictment by USA as to Eric Saucedo, Eugene Mona, Jose Martin Garcia, Danny Tarin, Said Francisco Herrera, Johnny Michelletti, Arturo Enriquez, Gustavo Gallardo, Roberto Duran, Adam Munoz, Sandy Valles New, Carlos Perea, Manuel Cardoza, Benjamin Alvarez, Miguel Angel Esqueda, Eduardo Ravelo. (rrv, ) (Entered: 11/4/2008) |
| 11/3/2008 | | Voir Dire begun on 11/3/2008 Carlos Perea (1) on Count 1,2,3,4,5 and Manuel Cardoza (2) on Count 1,2,4,5 and Benjamin Alvarez (3) on Count 1,2,4,5 and Eugene Mona (7) on Count 2 and Said Francisco Herrera (12) on Count 1,2,3,5,10 and Arturo Enriquez(15) on Count 3,5,11 (rrv, ) (Entered: 11/4/2008) |
| 11/3/2008 (p.212) | 492 | Minute Entry for proceedings held before Judge David Briones: Jury Selection Held, Jurors Sworn, Jury Trial held, Rule Invoked, Opening Statemenst for Govt/Deft as to Eugene Mona, Said Francisco Herrera, Arturo Enriquez, Carlos Perea, Manuel Cardoza, Benjamin Alvarez held on 11/3/2008 (Minute entry documents are not available electronically.) (Court Reporter M.S.Briggs.) (rrv, ) (Entered: 11/4/2008) |
| 11/4/2008 (p.216) | 491 | ORDER GRANTING [490] Motion to Unseal Indictment as to Carlos Perea (1), Manuel Cardoza (2), Benjamin Alvarez (3), Miguel Angel Esqueda (5), Gustavo Gallardo (6), Eugene Mona (7), Jose Martin Garcia (8), Roberto Duran (9), Danny Tarin (10), Johnny Michelletti (11), Said Francisco Herrera (12), Adam Munoz (13), Eric Saucedo (14), Arturo Enriquez (15), Sandy Valles New (16). Signed by Judge David Briones. (rrv, ) (Entered: 11/4/2008) |
| 11/4/2008 | | INDICTMENT UNSEALED as to Eric Saucedo, Eugene Mona, Jose Martin Garcia, Danny Tarin, Said Francisco Herrera, Johnny Michelletti, Arturo Enriquez, Gustavo Gallardo, Roberto Duran, Adam Munoz, Sandy Valles New, Carlos Perea, Manuel Cardoza, Benjamin Alvarez, Miguel Angel Esqueda, Eduardo Ravelo (rrv, ) (Entered: 11/4/2008) |
| 11/4/2008 (p.218) | 494 | Minute Entry for proceedings held before Judge David Briones:Jury Trial as to Eugene Mona, Said Francisco Herrera, Arturo Enriquez, Carlos Perea, Manuel Cardoza, Benjamin Alvarez held on 11/4/2008. Evidence presented by Government / Defendant. (Minute entry documents are not available electronically.) (Court Reporter M.S.Briggs.) (rrv, ) (Entered: 11/5/2008) |

| | | |
|---|---|---|
| 11/5/2008 (p.222) | 499 | Minute Entry for proceedings held before Judge David Briones:Jury Trial as to Eugene Mona, Said Francisco Herrera, Arturo Enriquez, Carlos Perea, Manuel Cardoza, Benjamin Alvarez held on 11/5/2008 (Minute entry documents are not available electronically.) (Court Reporter M.S.Briggs.) (rrv, ) (Entered: 11/10/2008) |
| 11/6/2008 (p.226) | 500 | Minute Entry for proceedings held before Judge David Briones:Jury Trial as to Eugene Mona, Said Francisco Herrera, Arturo Enriquez, Carlos Perea, Manuel Cardoza, Benjamin Alvarez held on 11/6/2008 (Minute entry documents are not available electronically.) (Court Reporter M.S.Briggs.) (rrv, ) (Entered: 11/10/2008) |
| 11/10/2008 (p.230) | 498 | Proposed Jury Instructions by Carlos Perea as to Eugene Mona, Said Francisco Herrera, Arturo Enriquez, Carlos Perea, Manuel Cardoza, Benjamin Alvarez (Weiser, Gary) (Entered: 11/10/2008) |
| 11/10/2008 (p.252) | 502 | * MOTION in Limine Number Four by USA as to Eugene Mona, Said Francisco Herrera, Arturo Enriquez, Carlos Perea, Manuel Cardoza, Benjamin Alvarez. (rrv, ) (Entered: 11/12/2008) |
| 11/10/2008 (p.267) | 503 | Minute Entry for proceedings held before Judge David Briones:Jury Trial as to Eugene Mona, Said Francisco Herrera, Arturo Enriquez, Carlos Perea, Manuel Cardoza, Benjamin Alvarez held on 11/10/2008 (Minute entry documents are not available electronically.) (Court Reporter M.S.Briggs.) (Attachments: # (1) Jury Trial Proceedings cont.) (rrv, ) (Entered: 11/12/2008) |
| 11/10/2008 | | ORAL ORDER GRANTING [502] Motion in Limine as to Carlos Perea (1) Manuel Cardoza (2) Benjamin Alvarez (3) Eugene Mona (7) Said Frnacisco Herrera (12) Arturo Enriquez (15). Signed by Judge David Briones. (rrv, ) (Entered: 11/12/2008) |
| 11/12/2008 (p.271) | 504 | Minute Entry for proceedings held before Judge David Briones:Jury Trial as to Eugene Mona, Said Francisco Herrera, Arturo Enriquez, Carlos Perea, Manuel Cardoza, Benjamin Alvarez held on 11/12/2008 (Minute entry documents are not available electronically.) (Court Reporter M.S.Briggs.) (Attachments: # (1) Proceeding sheet cont.) (rrv, ) (Entered: 11/13/2008) |
| 11/13/2008 (p.275) | 506 | Minute Entry for proceedings held before Judge David Briones:Jury Trial as to Eugene Mona, Said Francisco Herrera, Arturo Enriquez, Carlos Perea, Manuel Cardoza, Benjamin Alvarez held on 11/13/2008 (Minute entry documents are not available electronically.) (Court Reporter M.S.Briggs.) (Attachments: # (1) Proceeding sheet cont.) (rrv, ) (Entered: 11/14/2008) |
| 11/17/2008 (p.279) | 514 | Minute Entry for proceedings held before Judge David Briones:Jury Trial as to Eugene Mona, Said Francisco Herrera, Arturo Enriquez, Carlos Perea, Manuel Cardoza, Benjamin Alvarez held on 11/17/2008 (Minute entry documents are not available electronically.) (Court Reporter M.S. Briggs.) (Attachments: # (1) proceeding sheet continued) (rrv, ) (Entered: 11/18/2008) |
| 11/18/2008 (p.283) | 516 | Minute Entry for proceedings held before Judge David Briones:Jury Trial as to Eugene Mona, Said Francisco Herrera, Arturo Enriquez, Carlos Perea, Manuel |

| | | |
|---|---|---|
| | | Cardoza, Benjamin Alvarez held on 11/18/2008 (Minute entry documents are not available electronically.) (Court Reporter Shannon Rose.) (Attachments: # (1) proceeding continued) (rrv, ) (Entered: 11/18/2008) |
| 11/20/2008 (p.287) | 518 | Minute Entry for proceedings held before Judge David Briones:Jury Trial as to Eugene Mona, Said Francisco Herrera, Arturo Enriquez, Carlos Perea, Manuel Cardoza, Benjamin Alvarez held on 11/20/2008 (Minute entry documents are not available electronically.) (Court Reporter M.S.Briggs.) (Attachments: # (1) proceeding sheet cont.) (rrv, ) (Entered: 11/21/2008) |
| 11/20/2008 | | ORAL MOTION for Acquittal by Eugene Mona, Said Francisco Herrera, Arturo Enriquez, Carlos Perea, Manuel Cardoza, Benjamin Alvarez. (rrv, ) (Entered: 11/21/2008) |
| 11/21/2008 | | ORAL ORDER DENYING [] Motion for Acquittal as to Carlos Perea (1), Manuel Cardoza (2), Benjamin Alvarez (3), Eugene Mona (7), Said Francisco Herrera (12), Arturo Enriquez (15). Count 5 granted as to Defendant Enriquez, all other counts denied.. Signed by Judge David Briones. (rrv, ) (Entered: 11/21/2008) |
| 11/24/2008 (p.291) | 519 | * GOVERNMENT'S MOTION In Response To Defendant's Motion For Acquittal Pursuant F.R.Cr.P.29 by USA as to Said Francisco Herrera, Carlos Perea, Manuel Cardoza, Benjamin Alvarez. (rrv, ) (Entered: 11/25/2008) |
| 11/24/2008 (p.297) | 522 | Minute Entry for proceedings held before Judge David Briones:Jury Trial as to Eugene Mona, Said Francisco Herrera, Arturo Enriquez, Carlos Perea, Manuel Cardoza, Benjamin Alvarez held on 11/24/2008 (Minute entry documents are not available electronically.) (Court Reporter M.S.Briggs.) (Attachments: # (1) proceeding sheet cont.) (rrv, ) (Entered: 11/25/2008) |
| 11/24/2008 (p.301) | 530 | EXHIBIT LIST by USA as to Eugene Mona, Said Francisco Herrera, Arturo Enriquez, Carlos Perea, Manuel Cardoza, Benjamin Alvarez (rrv, ) (Entered: 12/3/2008) |
| 11/24/2008 (p.323) | 531 | EXHIBIT LIST by Carlos Perea (rrv, ) (Entered: 12/3/2008) |
| 11/24/2008 (p.324) | 551 | WITNESS LIST by USA, Eugene Mona, Said Francisco Herrera, Arturo Enriquez, Carlos Perea, Manuel Cardoza, Benjamin Alvarez as to Eugene Mona, Said Francisco Herrera, Arturo Enriquez, Carlos Perea, Manuel Cardoza, Benjamin Alvarez (rrv, ) (Entered: 12/4/2008) |
| 11/25/2008 (p.326) | 523 | Minute Entry for proceedings held before Judge David Briones:Jury Trial as to Eugene Mona, Said Francisco Herrera, Arturo Enriquez, Carlos Perea, Manuel Cardoza, Benjamin Alvarez held on 11/25/2008 (Minute entry documents are not available electronically.) (Court Reporter M.S.Briggs.) (Attachments: # (1) proceeding sheet cont.) (rrv, ) (Entered: 11/26/2008) |
| 11/25/2008 (p.330) | 534 | Court's Charge/Instructions to Jury as to Eugene Mona, Said Francisco Herrera, Arturo Enriquez, Carlos Perea, Manuel Cardoza, Benjamin Alvarez (Attachments: # (1) Court Instructions cont.)(rrv, ) (Entered: 12/3/2008) |

| 11/25/2008 | 535 | Jury Note 1 as to Said Francisco Herrera, Arturo Enriquez, Carlos Perea, Manuel Cardoza, Benjamin Alvarez, Miguel Angel Esqueda SEALED pursuant to E-Government Act of 2002 (rrv, ) (Entered: 12/3/2008) |
|---|---|---|
| 12/1/2008 (p.429) | 528 | Minute Entry for proceedings held before Judge David Briones:Jury Trial as to Eugene Mona, Said Francisco Herrera, Arturo Enriquez, Carlos Perea, Manuel Cardoza, Benjamin Alvarez held on 12/1/2008 (Minute entry documents are not available electronically.) (Court Reporter M.S.Briggs.) (Attachments: # (1) proceeding sheet cont.) (rrv, ) (Entered: 12/2/2008) |
| 12/1/2008 | 536 | Jury Note 2 as to Said Francisco Herrera, Arturo Enriquez, Carlos Perea, Manuel Cardoza, Benjamin Alvarez, Miguel Angel Esqueda SEALED pursuant to E-Government Act of 2002 (rrv, ) (Entered: 12/3/2008) |
| 12/1/2008 | 537 | Court's Response to [536] Jury Note 2 (Sealed) as to Said Francisco Herrera, Arturo Enriquez, Carlos Perea, Manuel Cardoza, Benjamin Alvarez, Miguel Angel Esqueda SEALED pursuant to E-Government Act of 2002 (rrv, ) (Entered: 12/3/2008) |
| 12/1/2008 | 538 | Jury Note 3 as to Eugene Mona, Said Francisco Herrera, Arturo Enriquez, Carlos Perea, Benjamin Alvarez, Miguel Angel Esqueda SEALED pursuant to E-Government Act of 2002 (rrv, ) (Entered: 12/3/2008) |
| 12/1/2008 | 539 | Court's Response to [538] Jury Note 3(Sealed) as to Eugene Mona, Said Francisco Herrera, Arturo Enriquez, Carlos Perea, Manuel Cardoza, Benjamin Alvarez SEALED pursuant to E-Government Act of 2002 (rrv, ) (Entered: 12/3/2008) |
| 12/1/2008 | 540 | Jury Note 4 as to Eugene Mona, Said Francisco Herrera, Arturo Enriquez, Carlos Perea, Manuel Cardoza, Benjamin Alvarez SEALED pursuant to E-Government Act of 2002 (rrv, ) (Entered: 12/3/2008) |
| 12/2/2008 (p.433) | 529 | Minute Entry for proceedings held before Judge David Briones:Jury Trial as to Eugene Mona, Said Francisco Herrera, Arturo Enriquez, Carlos Perea, Manuel Cardoza, Benjamin Alvarez held on 12/2/2008. Trial concluded. (Minute entry documents are not available electronically.) (Court Reporter M.S.Briggs.) (Attachments: # (1) proceeding sheet cont.) (rrv, ) (Entered: 12/3/2008) |
| 12/2/2008 | 541 | Jury Note 5 as to Eugene Mona, Said Francisco Herrera, Arturo Enriquez, Carlos Perea, Manuel Cardoza, Benjamin Alvarez SEALED pursuant to E-Government Act of 2002 (rrv, ) (Entered: 12/3/2008) |
| 12/2/2008 | 542 | Court's Response to [541] Jury Note (Sealed) as to Eugene Mona, Said Francisco Herrera, Arturo Enriquez, Carlos Perea, Manuel Cardoza, Benjamin Alvarez SEALED pursuant to E-Government Act of 2002 (rrv, ) (Entered: 12/3/2008) |
| 12/2/2008 | 543 | Jury Note 6 as to Eugene Mona, Said Francisco Herrera, Arturo Enriquez, Carlos Perea, Manuel Cardoza, Benjamin Alvarez SEALED pursuant to E-Government Act of 2002 (rrv, ) (Entered: 12/3/2008) |
| 12/2/2008 | 544 | Jury Note 7 as to Eugene Mona, Said Francisco Herrera, Arturo Enriquez, Carlos Perea, Manuel Cardoza, Benjamin Alvarez SEALED pursuant to E-Government |

| | | |
|---|---|---|
| | | Act of 2002 (rrv, ) (Entered: 12/3/2008) |
| 12/2/2008 (p.437) | 545 | WITHDRAWAL EXHIBIT RECEIPT all Govt Exhibits as to Eugene Mona, Said Francisco Herrera, Arturo Enriquez, Carlos Perea, Manuel Cardoza, Benjamin Alvarez (rrv, ) (Entered: 12/3/2008) |
| 12/2/2008 (p.438) | 546 | WITHDRAWAL EXHIBIT RECEIPT by Carlos Perea (rrv, ) (Entered: 12/3/2008) |
| 12/2/2008 (p.439) | 549 | JURY VERDICT (Redacted Version) as to Carlos Perea (1) Guilty on Count 1,2,4,5 and Manuel Cardoza (2) Guilty on Count 1,2,4,5 and Benjamin Alvarez (3) Guilty on Count 1,2,4,5 and Eugene Mona (7) Guilty on Count 2 and Said Francisco Herrera (12) Guilty on Count 1,2,3,5 and Arturo Enriquez (15) Guilty on Count 3Arturo Enriquez (15) Not Guilty on Count 11. filed. Unredacted Version Sealed pursuant to E-Government Act of 2002. (rrv, ) (Entered: 12/3/2008) |
| 12/2/2008 (p.456) | 550 | ORDER SETTING as to Eugene Mona, Said Francisco Herrera, Arturo Enriquez, Carlos Perea, Manuel Cardoza, Benjamin Alvarez, ( Sentencing set for 2/24/2009 08:30 AM before Judge David Briones.). Signed by Judge David Briones. (rrv, ) (Entered: 12/3/2008) |
| 12/12/2008 (p.457) | 555 | *Second MOTION *of Defendant, Carlos Perea, to Amend Order Granting Defendant's Motion for Reasonable Visitations with the Family* by Carlos Perea. (Weiser, Gary) (Entered: 12/12/2008) |
| 12/15/2008 (p.460) | 556 | RESPONSE in Opposition by USA as to Carlos Perea re [555] *Second MOTION *of Defendant, Carlos Perea, to Amend Order Granting Defendant's Motion for Reasonable Visitations with the Family* filed by Defendant Carlos Perea (Acosta, Jose) (Entered: 12/15/2008) |
| 12/16/2008 (p.463) | 564 | ORDER RESETTING as to Eugene Mona, Said Francisco Herrera, Arturo Enriquez, Carlos Perea, Manuel Cardoza, Benjamin Alvarez, ( Sentencing reset for 4/1/2009 08:30 AM before Judge David Briones.). Signed by Judge David Briones. (rrv, ) (Entered: 12/16/2008) |
| 12/18/2008 (p.464) | 565 | ORDER DENYING [555] Second Motion To Amend Order Granting Defendant's Motion For Reasonable Visitation With The Family as to Carlos Perea (1). Signed by Judge David Briones. (rrv, ) (Entered: 12/18/2008) |
| 12/23/2008 (p.465) | 568 | ORDER GRANTING [375] Motion Expedited Motion For Waiver Of Maximum Compensation And Interim Payment Pursuant to 18 USC 3006A as to Carlos Perea (1) Manuel Cardoza (2) Benjamin Alvarez (3) Eduardo Ravelo (4) Miguel Angel Esqueda (5) Eugene Mona (7), Jose Martin Garcia (8) Roberto Duran(9) Danny Tarin (1) Johnny Michelletti (11) Said Francisco Herrera (12) Adam Munoz (13) Eric Saucedo (14) Arturo Enriquez (15) Sandy Valles New (16). Signed by Judge David Briones. (rrv, ) Modified on 12/23/2008 (rrv, ). (Entered: 12/23/2008) |
| 1/14/2009 (p.470) | 572 | TRANSCRIPT filed of Proceedings as to Eric Saucedo, Eugene Mona, Jose Martin Garcia, Danny Tarin, Said Francisco Herrera, Johnny Michelletti, Arturo |

| | | |
|---|---|---|
| | | Enriquez, Gustavo Gallardo, Roberto Duran, Adam Munoz, Sandy Valles New, Carlos Perea, Manuel Cardoza, Benjamin Alvarez, Miguel Angel Esqueda, Eduardo Ravelo held on 11-12-08 Proceedings Transcribed: Jury trial Excerpt. Court Reporter/Transcriber Maria S. Briggs, Telephone number 915-577-9901. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. Redaction Request due 2/4/2009. Redacted Transcript Deadline set for 2/17/2009. Release of Transcript Restriction set for 4/14/2009. (Briggs, Maria) (Entered: 1/14/2009) |
| 1/14/2009 (p.514) | 573 | TRANSCRIPT filed of Proceedings as to Eric Saucedo, Eugene Mona, Jose Martin Garcia, Danny Tarin, Said Francisco Herrera, Johnny Michelletti, Arturo Enriquez, Gustavo Gallardo, Roberto Duran, Adam Munoz, Sandy Valles New, Carlos Perea, Manuel Cardoza, Benjamin Alvarez, Miguel Angel Esqueda, Eduardo Ravelo held on 11-13-08 Proceedings Transcribed: Jury trial excerpt 11-13-08. Court Reporter/Transcriber Maria S. Briggs, Telephone number 915-577-9901. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. Redaction Request due 2/4/2009. Redacted Transcript Deadline set for 2/17/2009. Release of Transcript Restriction set for 4/14/2009. (Briggs, Maria) (Entered: 1/14/2009) |
| 1/14/2009 (p.570) | 574 | TRANSCRIPT filed of Proceedings as to Eric Saucedo, Eugene Mona, Jose Martin Garcia, Danny Tarin, Said Francisco Herrera, Johnny Michelletti, Arturo Enriquez, Gustavo Gallardo, Roberto Duran, Adam Munoz, Sandy Valles New, Carlos Perea, Manuel Cardoza, Benjamin Alvarez, Miguel Angel Esqueda, Eduardo Ravelo held on 11-20-08 Proceedings Transcribed: Jury trial excerpt 11-20-08. Court Reporter/Transcriber Maria S. Briggs, Telephone number 915-577-9901. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. Redaction Request due 2/4/2009. Redacted Transcript Deadline set for 2/17/2009. Release of Transcript Restriction set for 4/14/2009. (Briggs, Maria) (Entered: 1/14/2009) |
| 1/14/2009 (p.586) | 575 | TRANSCRIPT filed of Proceedings as to Eric Saucedo, Eugene Mona, Jose Martin Garcia, Danny Tarin, Said Francisco Herrera, Johnny Michelletti, Arturo Enriquez, Gustavo Gallardo, Roberto Duran, Adam Munoz, Sandy Valles New, Carlos Perea, Manuel Cardoza, Benjamin Alvarez, Miguel Angel Esqueda, Eduardo Ravelo held on 11-24-08 Proceedings Transcribed: Jury trial excerpt 11-24-08. Court Reporter/Transcriber Maria S. Briggs, Telephone number |

| | | |
|---|---|---|
| | | 915-577-9901. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. Redaction Request due 2/4/2009. Redacted Transcript Deadline set for 2/17/2009. Release of Transcript Restriction set for 4/14/2009. (Briggs, Maria) (Entered: 1/14/2009) |
| 1/16/2009 (p.687) | 578 | TRANSCRIPT REQUEST by USA as to Eugene Mona, Said Francisco Herrera, Arturo Enriquez, Carlos Perea, Manuel Cardoza, Benjamin Alvarez, Miguel Angel Esqueda for proceedings held on 11/3/08 & 12/2/08 before Judge Briones. Proceedings Transcribed: Testimony. Court Reporter: M.S.Briggs. (rrv, ) (Entered: 1/16/2009) |
| 2/3/2009 (p.688) | 581 | TRANSCRIPT filed of Proceedings as to Eric Saucedo, Eugene Mona, Jose Martin Garcia, Danny Tarin, Said Francisco Herrera, Johnny Michelletti, Arturo Enriquez, Gustavo Gallardo, Roberto Duran, Adam Munoz, Sandy Valles New, Carlos Perea, Manuel Cardoza, Benjamin Alvarez, Miguel Angel Esqueda, Eduardo Ravelo held on 11-4-08 Proceedings Transcribed: Trial Excerpt Jose Martin Garcia. Court Reporter/Transcriber Maria S. Briggs, Telephone number 915-577-9901. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. Redaction Request due 2/24/2009. Redacted Transcript Deadline set for 3/6/2009. Release of Transcript Restriction set for 5/4/2009. (Briggs, Maria) (Entered: 2/3/2009) |
| 2/3/2009 (p.806) | 582 | TRANSCRIPT filed of Proceedings as to Eric Saucedo, Eugene Mona, Jose Martin Garcia, Danny Tarin, Said Francisco Herrera, Johnny Michelletti, Arturo Enriquez, Gustavo Gallardo, Roberto Duran, Adam Munoz, Sandy Valles New, Carlos Perea, Manuel Cardoza, Benjamin Alvarez, Miguel Angel Esqueda, Eduardo Ravelo held on 11-5-08 & 11-6-08 Proceedings Transcribed: Trial Excerpt Gustavo Gallardo. Court Reporter/Transcriber Maria S. Briggs, Telephone number 915-577-9901. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. Redaction Request due 2/24/2009. Redacted Transcript Deadline set for 3/6/2009. Release of Transcript Restriction set for 5/4/2009. (Briggs, Maria) (Entered: 2/3/2009) |
| 2/3/2009 (p.1055) | 583 | TRANSCRIPT filed of Proceedings as to Eric Saucedo, Eugene Mona, Jose Martin Garcia, Danny Tarin, Said Francisco Herrera, Johnny Michelletti, Arturo Enriquez, Gustavo Gallardo, Roberto Duran, Adam Munoz, Sandy Valles New, Carlos Perea, Manuel Cardoza, Benjamin Alvarez, Miguel Angel Esqueda, |

| | | |
|---|---|---|
| | | Eduardo Ravelo held on 11-17-08 Proceedings Transcribed: Trial Excerpt Josue Aguirre. Court Reporter/Transcriber Maria S. Briggs, Telephone number 915-577-9901. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. Redaction Request due 2/24/2009. Redacted Transcript Deadline set for 3/6/2009. Release of Transcript Restriction set for 5/4/2009. (Briggs, Maria) (Entered: 2/3/2009) |
| 2/9/2009 (p.1335) | 584 | Transcript Redaction Request in case as to Eugene Mona, Said Francisco Herrera, Arturo Enriquez, Carlos Perea, Manuel Cardoza, Benjamin Alvarez re [582] Transcript. filed by attorney Jose Luis Acosta (Acosta, Jose) (Entered: 2/9/2009) |
| 2/18/2009 (p.1337) | 587 | Redacted Transcript filed re: [582] Transcript in case as to Eugene Mona, Said Francisco Herrera, Arturo Enriquez, Carlos Perea, Manuel Cardoza, Benjamin Alvarez (Briggs, Maria) (Entered: 2/18/2009) |
| 3/25/2009 (p.1586) | 611 | MOTION *FOR EVIDENTIARY HEARING* by Carlos Perea. (Weiser, Gary) (Entered: 3/25/2009) |
| 3/27/2009 (p.1590) | 630 | ORDER RESETTING as to Eugene Mona, Said Francisco Herrera, Arturo Enriquez, Carlos Perea, Manuel Cardoza, Benjamin Alvarez, ( Sentencing reset for 4/10/2009 09:30 AM before Judge David Briones.) It is further ordered that any objections Pre-SentenceInvestigation Reports be filed on or before April 3, 2009.. Signed by Judge David Briones. (ar, ) (Entered: 3/27/2009) |
| 3/31/2009 | 637 | MOTION for Leave to File Sealed Document (Attachments: # (1) Sealed Document) (Acosta, Jose) (Entered: 3/31/2009) |
| 4/1/2009 | 640 | Sealed Order. Signed by Judge David Briones. (lc3, ) (Entered: 4/1/2009) |
| 4/1/2009 | 641 | Sealed Order. Signed by Judge David Briones. (lc3, ) (Entered: 4/1/2009) |
| 4/1/2009 | 642 | Sealed Document filed (lc3, ) (Entered: 4/1/2009) |
| 4/6/2009 (p.1592) | 648 | ORDER RESETTING as to Eugene Mona, Said Francisco Herrera, Arturo Enriquez, Carlos Perea, Manuel Cardoza, Benjamin Alvarez, ( Sentencing reset for 4/13/2009 10:30 AM before Judge David Briones.). Signed by Judge David Briones. (rrv, ) (Entered: 4/6/2009) |
| 4/13/2009 (p.1593) | 659 | MOTION *to Adopt Co-Defendant Benjamin Alvarez' Motion for New Trial* by Carlos Perea. (Weiser, Gary) (Entered: 4/13/2009) |
| 4/13/2009 (p.1596) | 660 | MOTION to Withdraw as Attorney *on Appeal* by Carlos Perea. (Weiser, Gary) (Entered: 4/13/2009) |
| | 661 | |

| | | |
|---|---|---|
| 4/13/2009 (p.1599) | | MOTION to Dismiss Indictment/Information *on the Basis of Brady Violations or in the Alternative for a New Trial* by Carlos Perea. (Weiser, Gary) (Entered: 4/13/2009) |
| 4/13/2009 (p.1605) | 670 | Minute Entry for proceedings held before Judge David Briones:Sentencing held on 4/13/2009 for Carlos Perea (1), Count(s) 1, Life imprisonment, 5 years supervised release, $100 S/A, concurrent to Count(s) 2, 4 & 5, consecutive to EP-01-CR-1437-DB, and $2,500.00; Count(s) 2, Life imprisonment, 5 years supervised release, $100 S/A, concurrent to Count(s) 1, 4 & 5, consecutive to EP-01-CR-1437-DB; Count(s) 4, Life imprisonment, 5 years supervised release, $100 S/A, concurrent toCount(s) 1, 2 & 5, consecutive to EP-01-CR-1437-DB; Count(s) 5, Life imprisonment, 5 years supervised release, $100 S/A, concurrent to Count(s) 1, 2 & 4, consecutive to EP-01-CR-1437-DB. (Minute entry documents are not available electronically.) (Court Reporter M.S.Briggs.) (rrv, ) (Entered: 4/14/2009) |
| 4/15/2009 (p.1607) | 678 | JUDGMENT AND COMMITMENT as to Carlos Perea. Signed by Judge David Briones. (rrv, ) (Entered: 4/15/2009) |
| 4/16/2009 (p.1613) | 685 | ORDER DENYING [659] Motion to Adopt co-Defendant Benjamin Alvarez's Motion For New Trial as to Carlos Perea (1). Signed by Judge David Briones. (rrv, ) (Entered: 4/16/2009) |
| 4/16/2009 (p.1614) | 686 | RESPONSE TO MOTION by USA as to Eugene Mona, Said Francisco Herrera, Carlos Perea, Manuel Cardoza, Benjamin Alvarez re [654] MOTION for New Trial filed by Defendant Benjamin Alvarez (Acosta, Jose) (Entered: 4/16/2009) |
| 4/23/2009 (p.1627) | 695 | NOTICE OF APPEAL by Carlos Perea Per 5th Circuit rules, the appellant has 10 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out Form DKT-13 (Transcript Order) and follow the instructions set out on the form. If the appellant has a court appointed attorney under CJA, the Form CJA 24 should also be completed. Both forms are available in the Clerk's Office or by clicking the hyperlinks above. (ar, ) (Entered: 4/23/2009) |
| 4/30/2009 (p.1628) | 705 | TRANSCRIPT REQUEST by Carlos Perea for dates of 11/03/08, 11/13/08 TO 12/02/08, 4/13/09 before Judge David Briones,. Proceedings Transcribed: Voir Dire, Jury Trial, Sentencing. Court Reporter: M.S.Briggs. re [695] Notice of Appeal - Final Judgment,, (ar, ) (Entered: 5/1/2009) |
| 5/4/2009 (p.1630) | 710 | USCA Info Sheet Received. USCA Case Number 09-50337 as to Carlos Perea in 5th Circuit USCA for [695] Notice of Appeal - Final Judgment,, filed by Carlos Perea. (rrv, ) (Entered: 5/5/2009) |
| 5/7/2009 (p.1631) | 711 | TRANSCRIPT REQUEST by Carlos Perea for dates of 11/8/08 before Judge Briones,. Proceedings Transcribed: Jury Trial. Court Reporter: M.S.Briggs. re [695] Notice of Appeal - Final Judgment,, (rrv, ) (Entered: 5/8/2009) |
| 5/26/2009 (p.1633) | 751 | Letter from USCA received as to Eugene Mona, Said Francisco Herrera, Arturo Enriquez, Carlos Perea, Manuel Cardoza in for [695] Notice of Appeal - Final Judgment,, filed by Carlos Perea, [692] Notice of Appeal - Final Judgment,, filed |

| | | |
|---|---|---|
| | | by Manuel Cardoza, [689] Notice of Appeal - Final Judgment,, filed by Arturo Enriquez, [696] Notice of Appeal - Final Judgment,, filed by Eugene Mona. (rrv, ) (Entered: 5/28/2009) |
| 6/8/2009 (p.1636) | 753 | MEMORANDUM OPINION AND ORDER DENYING [680] Motion for New Trial as to Eugene Mona (7); DENYING [656] Motion to Dismiss Indictment/Information as to Said Francisco Herrera (12); DENYING [661] Motion to Dismiss Indictment/Information as to Carlos Perea (1); DENYING [674] Motion for New Trial as to Manuel Cardoza (2); DENYING [654] Motion for New Trial as to Benjamin Alvarez (3). Signed by Judge David Briones. (ar, ) (Entered: 6/8/2009) |
| 6/8/2009 (p.1656) | 756 | ORDER GRANTING [660] Motion to Withdraw as Attorney as to Carlos Perea (1). Signed by Judge David Briones. (ar, ) (Entered: 6/8/2009) |
| 6/9/2009 (p.1658) | 759 | ORDER Appointing Counsel as to Carlos Perea. Signed by Judge Michael S. McDonald. (ar, ) (Entered: 6/10/2009) |
| 6/9/2009 (p.1659) | 760 | CJA 20 as to Carlos Perea: Appointment of Attorney John David Gates for Carlos Perea.. Signed by Judge Michael S. McDonald. (ar, ) (Entered: 6/10/2009) |
| 6/10/2009 (p.1660) | 762 | CORRECTED MEMORANDUM OPINION AND ORDER as to Eugene Mona, Said Francisco Herrera, Carlos Perea, Manuel Cardoza, Benjamin Alvarez. Signed by Judge David Briones. (ar, ) (Entered: 6/10/2009) |
| 6/19/2009 (p.1680) | 767 | TRANSCRIPT REQUEST by Carlos Perea for dates of 11/2/08-12/2/08 & 4/13/09 before Judge Briones,. Proceedings Transcribed: Jury Trial & Sentencing. Court Reporter: M.S.Briggs. re [695] Notice of Appeal - Final Judgment,, (fm, ) (Entered: 6/22/2009) |
| 6/23/2009 (p.1682) | 769 | TRANSCRIPT filed of Proceedings as to Eugene Mona, Said Francisco Herrera, Adam Ray Munoz, Carlos Perea, Manuel Cardoza held on 10-31-08 Proceedings Transcribed: Status conferance. Court Reporter/Transcriber Maria S. Briggs, Telephone number 915-577-9901. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed.( Appeal Record due by 7/8/2009.) Redaction Request due 7/14/2009. Redacted Transcript Deadline set for 7/24/2009. Release of Transcript Restriction set for 9/21/2009. (Briggs, Maria) (Entered: 6/23/2009) |
| 6/23/2009 (p.1755) | 770 | TRANSCRIPT filed of Proceedings as to Eugene Mona, Said Francisco Herrera, Arturo Enriquez, Carlos Perea, Manuel Cardoza held on 11-3-08 Proceedings Transcribed: Jury Trial. Court Reporter/Transcriber Maria S. Briggs, Telephone number 915-577-9901. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 |

| | | |
|---|---|---|
| | | days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. Redaction Request due 7/14/2009. Redacted Transcript Deadline set for 7/24/2009. Release of Transcript Restriction set for 9/21/2009. Appeal Record due by 7/8/2009. (Briggs, Maria) (Entered: 6/23/2009) |
| 6/23/2009 (p.1995) | 771 | TRANSCRIPT filed of Proceedings as to Eugene Mona, Said Francisco Herrera, Arturo Enriquez, Carlos Perea, Manuel Cardoza held on 11-4-08 Proceedings Transcribed: Jury Trial. Court Reporter/Transcriber Maria S. Briggs, Telephone number 915-577-9901.Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. Redaction Request due 7/14/2009. Redacted Transcript Deadline set for 7/24/2009. Release of Transcript Restriction set for 9/21/2009. Appeal Record due by 7/8/2009. (Briggs, Maria) (Entered: 6/23/2009) |
| 6/23/2009 (p.2327) | 772 | TRANSCRIPT filed of Proceedings as to Eugene Mona, Said Francisco Herrera, Arturo Enriquez, Carlos Perea, Manuel Cardoza held on 11-5-08 Proceedings Transcribed: Jury Trial. Court Reporter/Transcriber Maria S. Briggs, Telephone number 915-577-9901.Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. Redaction Request due 7/14/2009. Redacted Transcript Deadline set for 7/24/2009. Release of Transcript Restriction set for 9/21/2009. Appeal Record due by 7/8/2009. (Briggs, Maria) (Entered: 6/23/2009) |
| 6/23/2009 (p.2637) | 773 | TRANSCRIPT filed of Proceedings as to Eugene Mona, Said Francisco Herrera, Arturo Enriquez, Carlos Perea, Manuel Cardoza held on 11-6-08 Proceedings Transcribed: Jury Trial. Court Reporter/Transcriber Maria S. Briggs, Telephone number 915-577-9901.Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. Redaction Request due 7/14/2009. Redacted Transcript Deadline set for 7/24/2009. Release of Transcript Restriction set for 9/21/2009. Appeal Record due by 7/8/2009. (Briggs, Maria) (Entered: 6/23/2009) |
| 6/23/2009 (p.2962) | 774 | TRANSCRIPT filed of Proceedings as to Eugene Mona, Said Francisco Herrera, Arturo Enriquez, Carlos Perea, Manuel Cardoza held on 11-10-08 Proceedings Transcribed: Jury Trial. Court Reporter/Transcriber Maria S. Briggs, Telephone number 915-577-9901. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, aNotice of Redaction Request must be filed within 21 |

| | | |
|---|---|---|
| | | days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. Redaction Request due 7/14/2009. Redacted Transcript Deadline set for 7/24/2009. Release of Transcript Restriction set for 9/21/2009. Appeal Record due by 7/8/2009. (Briggs, Maria) (Entered: 6/23/2009) |
| 6/23/2009 (p.3217) | 775 | TRANSCRIPT filed of Proceedings as to Eugene Mona, Said Francisco Herrera, Arturo Enriquez, Carlos Perea, Manuel Cardoza held on 11-12-08 Proceedings Transcribed: Jury Trial. Court Reporter/Transcriber Maria S. Briggs, Telephone number 915-577-9901. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, aNotice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. Redaction Request due 7/14/2009. Redacted Transcript Deadline set for 7/24/2009. Release of Transcript Restriction set for 9/21/2009. Appeal Record due by 7/8/2009. (Briggs, Maria) (Entered: 6/23/2009) |
| 6/23/2009 (p.3538) | 776 | TRANSCRIPT filed of Proceedings as to Eugene Mona, Said Francisco Herrera, Arturo Enriquez, Carlos Perea, Manuel Cardoza held on 11-13-08 Proceedings Transcribed: Jury Trial. Court Reporter/Transcriber Maria S. Briggs, Telephone number 915-577-9901. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, aNotice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. Redaction Request due 7/14/2009. Redacted Transcript Deadline set for 7/24/2009. Release of Transcript Restriction set for 9/21/2009. Appeal Record due by 7/8/2009. (Briggs, Maria) (Entered: 6/23/2009) |
| 6/23/2009 (p.3809) | 777 | TRANSCRIPT filed of Proceedings as to Eugene Mona, Said Francisco Herrera, Arturo Enriquez, Carlos Perea, Manuel Cardoza held on 11-17-08 Proceedings Transcribed: Jury Trial. Court Reporter/Transcriber Maria S. Briggs, Telephone number 915-577-9901. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, aNotice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. Redaction Request due 7/14/2009. Redacted Transcript Deadline set for 7/24/2009. Release of Transcript Restriction set for 9/21/2009. Appeal Record due by 7/8/2009. (Briggs, Maria) (Entered: 6/23/2009) |
| 6/23/2009 (p.4113) | 778 | TRANSCRIPT filed of Proceedings as to Eugene Mona, Said Francisco Herrera, Arturo Enriquez, Carlos Perea, Manuel Cardoza held on 11-20-08 Proceedings Transcribed: Jury Trial. Court Reporter/Transcriber Maria S. Briggs, Telephone number 915-577-9901. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, aNotice of Redaction Request must be filed within 21 |

| | | |
|---|---|---|
| | | days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. Redaction Request due 7/14/2009. Redacted Transcript Deadline set for 7/24/2009. Release of Transcript Restriction set for 9/21/2009. Appeal Record due by 7/8/2009. (Briggs, Maria) (Entered: 6/23/2009) |
| 6/23/2009 (p.4427) | 780 | TRANSCRIPT filed of Proceedings as to Eugene Mona, Said Francisco Herrera, Arturo Enriquez, Carlos Perea, Manuel Cardoza held on 11-24-08 Proceedings Transcribed: Jury Trial. Court Reporter/Transcriber Maria S. Briggs, Telephone number 915-577-9901. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, aNotice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. Redaction Request due 7/14/2009. Redacted Transcript Deadline set for 7/24/2009. Release of Transcript Restriction set for 9/21/2009. Appeal Record due by 7/8/2009. (Briggs, Maria) (Entered: 6/23/2009) |
| 6/23/2009 (p.4666) | 781 | TRANSCRIPT filed of Proceedings as to Eugene Mona, Said Francisco Herrera, Arturo Enriquez, Carlos Perea, Manuel Cardoza held on 11-25-08 Proceedings Transcribed: Jury Trial. Court Reporter/Transcriber Maria S. Briggs, Telephone number 915-577-9901. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, aNotice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. Redaction Request due 7/14/2009. Redacted Transcript Deadline set for 7/24/2009. Release of Transcript Restriction set for 9/21/2009. Appeal Record due by 7/8/2009. (Briggs, Maria) (Entered: 6/23/2009) |
| 6/23/2009 (p.4805) | 782 | TRANSCRIPT filed of Proceedings as to Eugene Mona, Said Francisco Herrera, Arturo Enriquez, Carlos Perea, Manuel Cardoza held on 12-1-08 Proceedings Transcribed: Jury Trial. Court Reporter/Transcriber Maria S. Briggs, Telephone number 915-577-9901.Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. Redaction Request due 7/14/2009. Redacted Transcript Deadline set for 7/24/2009. Release of Transcript Restriction set for 9/21/2009. Appeal Record due by 7/8/2009. (Briggs, Maria) (Entered: 6/23/2009) |
| 6/23/2009 (p.4811) | 783 | TRANSCRIPT filed of Proceedings as to Eugene Mona, Said Francisco Herrera, Arturo Enriquez, Carlos Perea, Manuel Cardoza held on 12-2-08 Proceedings Transcribed: Jury Trial. Court Reporter/Transcriber Maria S. Briggs, Telephone number 915-577-9901.Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 |

| | | |
|---|---|---|
| | | days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. Redaction Request due 7/14/2009. Redacted Transcript Deadline set for 7/24/2009. Release of Transcript Restriction set for 9/21/2009. Appeal Record due by 7/8/2009. (Briggs, Maria) (Entered: 6/23/2009) |
| 6/23/2009 (p.4833) | 784 | TRANSCRIPT filed of Proceedings as to Eugene Mona, Said Francisco Herrera, Arturo Enriquez, Carlos Perea, Manuel Cardoza held on 4-13-09 Proceedings Transcribed: Sentencing. Court Reporter/Transcriber Maria S. Briggs, Telephone number 915-577-9901.Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. Redaction Request due 7/14/2009. Redacted Transcript Deadline set for 7/24/2009. Release of Transcript Restriction set for 9/21/2009. Appeal Record due by 7/8/2009. (Briggs, Maria) (Entered: 6/23/2009) |
| 6/24/2009 (p.4891) | 785 | TRANSCRIPT REQUEST by Carlos Perea for dates of 11/18/08 before Judge Briones,. Proceedings Transcribed: Jury Trial. Court Reporter: Shannon Rose. re [695] Notice of Appeal - Final Judgment,, (rrv, ) (Entered: 6/25/2009) |
| 6/25/2009 (p.4893) | 790 | TRANSCRIPT filed of Proceedings as to Eugene Mona, Said Francisco Herrera, Arturo Enriquez, Carlos Perea, Manuel Cardoza held on 11/18/08 Proceedings Transcribed: Jury Trial. Court Reporter/Transcriber Shannon Rose, Telephone number (915) 544-1515.Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. Redaction Request due 7/16/2009. Redacted Transcript Deadline set for 7/27/2009. Release of Transcript Restriction set for 9/23/2009. (rrv, ) (Entered: 7/13/2009) |
| 7/28/2009 (p.5007) | 791 | Transcript Redaction Request in case as to Eugene Mona, Said Francisco Herrera, Arturo Enriquez, Carlos Perea, Manuel Cardoza, Benjamin Alvarez re [778], [777], [776], [780], [773], [775] Transcript. filed by attorney Jose Luis Acosta (Acosta, Jose) (Entered: 7/28/2009) |
| 8/3/2009 (p.5010) | 792 | Certified and Transmitted Record on Appeal as to Carlos Perea to US Court of Appeals re [695] Notice of Appeal - Final Judgment, Held for Attorney, (em, ) (Entered: 8/3/2009) |

# TAB 2
## Notice of Appeal

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED

2009 APR 23  PM 2: 13

CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

CARLOS PEREA                )
                            )
V.                          )        NO. EP-08-CR-59DB(1)
                            )
UNITED STATES OF AMERICA    )

BY_____
                                                        DEPUTY

## NOTICE OF APPEAL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Comes now CARLOS PEREA, in the above-captioned cause, and files this, his

Notice of Appeal to the United States Court of Appeals for the Fifth Circuit from the final

judgment entered in the above-captioned cause, and pronounced by the Court on the 14th

day of April, 2009.

Respectfully submitted,

Gary B. Weiser
521 Texas Ave.
El Paso, Texas 79901
Tel: (915) 544-0880
Fax: (915) 544-8091

BY:  _____
Gary B. Weiser
Texas Bar No. 21107500
Attorney for CARLOS PEREA

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was sent to the United States Attorney's Office,
700 E. San Antonio, El Paso, Texas 79901, by United States Mail, this 23rd day of
APRIL, 2009.

_____
Gary B. Weiser

# TAB 3
## Indictment



JUDGE DAVID BRIONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

2008 JAN -9  PM 12: 43

UNITED STATES OF AMERICA,       )

      Plaintiff,       )

v.       )

CARLOS PEREA,       )
aka "Shotgun,"       )

INDICTMENT

EP08CR059

**CT 1**: 18 U.S.C. § 1962(c);  Engaging in the affairs of an enterprise through a pattern of racketeering activity.

**CT 2**: 18 U.S.C. § 1962(d);  Conspiracy to conduct the affairs of an enterprise through a pattern of racketeering activity.

**CT 3**: 18 U.S.C. § 1951; Conspiracy to interfere with commerce by threats or violence.

**CT 4**: 18 U.S.C. § 1956(a)(1)(A)(i)(B)(i) & (h); Conspiracy to launder monetary instruments.

**CT 5**: 21 U.S.C. §§ 846 & 841(a)(1); Conspiracy to possess heroin, cocaine & marijuana with intent to distribute.

**CT 6**: 21 U.S.C. §841(a) & (b)(1)(A)(i)- Possession with intent to distribute a controlled substance;

**CT 7**: 21 U.S.C. § 841(a) & (b)(1)(A)(ii)- Possession with intent to distribute a controlled substance;

**CT 8**: 21 U.S.C. § 841(a) & (b)(1)(B)(ii)- Possession with intent to distribute a controlled substance;

**CT 9**: 21 U.S.C. § 841(a) & (b)(1)(C)- Possession with intent to distribute a controlled substance;

**CT 10**: 18 U.S.C. §§ 2 & 1959(a)(3); Violent crimes in aid of racketeering activity.

**CT 11**: 18 U.S.C. § 1959(a)(1);Murder in aid of racketeering activity.

      Defendants.       )
          )

1

THE GRAND JURY CHARGES:

## INTRODUCTION

### THE RACKETEERING ENTERPRISE:
The "Barrio Azteca" Enterprise

1.  At all times relevant to this Indictment, in the Western District of Texas, and elsewhere, Defendants,

**CARLOS PEREA, aka "Shotgun,"**

and others, were members and associates of a criminal organization engaged in murder, attempted murder, conspiracy to commit murder, extortion, money laundering, importation of controlled substances, and distribution of controlled substances and possession with the intent to distribute controlled substances. At all relevant times, this organization has operated in the Western District of Texas and elsewhere, and has been and is known as the Barrio Azteca(s) and will be referred to hereinafter in this indictment as the "Barrio Azteca" or BA. The BA, including its leadership, membership, and associates constitute an "enterprise," as defined by Title 18, United States Code, Section 1961(4) (hereinafter "the enterprise") that is to say, a group of individuals associated in fact.

2

# **REDACTED**

## **Pages 3 - 10**

## COUNT ONE
### (RICO)
### 18 U.S.C. 1962(c)

18. Paragraphs 1 through 17 of this indictment are realleged and incorporated by reference as though fully set forth herein.

19. Beginning on or about January 1, 2003, and continuing thereafter through and including on or about the date of the return of this indictment, both dates being approximate and inclusive, within the Western District of Texas, and elsewhere, the Defendants,

### CARLOS PEREA, aka "Shotgun,"

being persons employed by and associated with the Barrio Azteca enterprise described in paragraphs 1 through 17, above, said enterprise being engaged in activities which affected, interstate and foreign commerce, knowingly and intentionally did conduct and participate, directly and indirectly, in the conduct of the affairs of the enterprise through a pattern of racketeering activity as set forth below:

11

USCA5 31

## The Pattern of Racketeering Activity

20. The pattern of racketeering activity as defined in Title 18, United States Code, Sections 1961(1) and 1961(5), consisted of the following acts:

**Racketeering Act One: Conspiracy to interfere with commerce by threats or violence.**

21. Beginning on or about January 1, 2003, and continuing through and including on or about the date of the return of this indictment, both dates being approximate and inclusive, within the Western District of Texas, and elsewhere, the Defendants,

knowingly and intentionally, conspired, combined, confederated, and agreed with each other, and with others to the Grand Jury known and unknown, to commit offenses against the United States, in violation of Title 18, United States Code, Section 1951(a), that is to say, they conspired to obstruct, delay and affect, commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of an article and commodity in such commerce, by extortion, as that term is defined in Title 18, United States Code, Section 1951(b)(2), in that the defendants did obtain and attempt to obtain monetary instruments by extortion, and the property of persons known and unknown with the consent of such persons, having been induced by the wrongful use of actual and threatened force, violence and fear.

All in violation of Title 18, United States Code, Section 1951(a).

12

**Racketeering Act Two:** Conspiracy to possess with intent to distribute a controlled substance.

22.  Beginning on or about January 1, 2003, and continuing through and including on or about the date of the return of this indictment, both dates being approximate and inclusive, within the Western District of Texas, and elsewhere, the Defendants,

**CARLOS PEREA, aka "Shotgun,"**

knowingly and intentionally, conspired, combined, confederated, and agreed together, and with others to the Grand Jury known and unknown, to commit offenses against the United States, in violation of Title 21, United States Code, Section 846, that is to say, they conspired to possess a controlled substance, which offense involved one kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule II Controlled Substance, with intent to distribute same, and they conspired to possess a controlled substance, which offense involved five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, with intent to distribute same, and they conspired to possess a controlled substance, which offense involved 100 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I Controlled Substance.

All in violation of Title 21, United States Code, Sections 846 and 841(a)(1) and 841(b)(1)(A)(i) and (ii) and (b)(1)(B)(vii).

13

**Racketeering Act Three:** Conspiracy to launder monetary instruments.

23. Beginning on or about January 1, 2003, and continuing through and including on or about the date of the return of this indictment, both dates being approximate and inclusive, within the Western District of Texas, and elsewhere, the Defendants,

CARLOS PEREA, aka "Shotgun,"

knowingly and intentionally conspired, combined, confederated and agreed together and with each other and others known and unknown to the Grand Jury, to commit offenses against the United States, in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and (B)(i), that is to say they conspired to conduct and attempt to conduct a financial transaction, affecting interstate and foreign commerce, knowing that the property in the financial transaction represented the proceeds of some form of unlawful activity, to-wit; conspiracy to obtain monetary instruments by extortion, having been induced by the wrongful use of actual and threatened force, violence and fear and conspiracy to possess with the intent to distribute a controlled substance, and did so with the intent to promote the carrying on of the specific unlawful activity, and knowing that the financial transaction was designed in whole or in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of the specified unlawful activity.

All in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i)(B)(i) and (h).

14

### Racketeering Act Four: Possession of heroin, with intent to distribute.

24. On or about September 15, 2006, in the Western District of Texas, and elsewhere, the defendant,

knowingly and intentionally possessed with intent to distribute a controlled substance, which offense involved one kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule II Controlled Substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(i).

### Racketeering Act Five: Possession of cocaine, with intent to distribute.

25. Beginning on or about November 8, 2006, and continuing through and including on or about the date of the return of this indictment, both dates being approximate and inclusive, within the Western District of Texas, and elsewhere, the Defendants,

knowingly and intentionally possessed with intent to distribute a controlled substance, which offense involved five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance.

All in violation of Title 18, United States Code, Section 2, Title 21, United States Code, Sections 846 and 841(b)(1)(A)(ii).

15

USCA5 35

**Racketeering Act Six: Possession of a marijuana, with intent to distribute.**

26. That on or about September 7, 2007, in the Western District of Texas, Defendant,

knowingly and intentionally possessed with intent to distribute a controlled substance, which offense

involved 50 kilograms or more of a mixture or substance containing a detectable amount of

marijuana, a Schedule I Controlled Substance.

All in violation of Title 18, United States Code, Section 2, Title 21, United States Code, Sections

841(a)(1) and 841(b)(1)(C).

**Racketeering Act Seven: Murder.**

27. The defendants named below committed the following acts, either one of which alone

constitutes Racketeering Act Seven:

a. On or about December 6, 2006, in the Western District of Texas, Defendants

knowingly, and intentionally, conspired, combined, confederated, and agreed with each other, and

with others to the Grand Jury known and unknown, to cause serious bodily injury, and to commit

an act clearly dangerous to human life that caused the death of　　　　　　　　　　in violation

of Texas Penal Code § 19.02(b)(2).

b. On or about December 6, 2006, in the Western District of Texas, Defendants

16

knowingly, and intentionally, conspired, combined, confederated, and agreed together, and with

others to the Grand Jury known and unknown, to commit and attempt to commit a felony, other than

manslaughter, and in the course of and in furtherance of the commission and attempt, and in

immediate flight from the commission and attempt, they committed and attempted to commit an act

clearly dangerous to human life that caused the death of                            , in violation of Texas

Penal Code § 19.02(b)(3).

   All in violation of Title 18, United States Code, 1962(c).

17

USCA5 37

## COUNT TWO
### (RICO Conspiracy)
18 U.S.C. § 1962(d)

28. Paragraphs 1 through 17 of the introduction to this indictment are hereby realleged and incorporated by reference as if fully set forth herein.

29. Beginning on or about January 1, 2003, and continuing thereafter through and including on or about the date of the return of this indictment, both dates being approximate and inclusive, within the Western District of Texas, and elsewhere, the Defendants,

**CARLOS PEREA, aka "Shotgun,"**

and others known and unknown, being persons employed by and associated with the Barrio Azteca Enterprise, an enterprise described in paragraphs 1 through 17 of the introduction to this indictment, which engaged in, and the activities of which affected interstate and foreign commerce, knowingly, and intentionally conspired, combined, confederated, and agreed together, and with others to the Grand Jury known and unknown, to violate Title 18, United States Code, Section 1962(c), that is to say, to conduct and participate, directly and indirectly, in the conduct of the affairs of that enterprise through a pattern of racketeering activity, as that term is defined in Sections 1961(1) and 1961(5)

18

of Title 18, United States Code, consisting of multiple acts indictable under the following provisions of federal law:

A.   18 U.S.C. § 1951 (extortion and conspiracy to commit extortion);

B.   18 U.S.C. § 1956 (money laundering and conspiracy to launder monetary instruments);

and multiple acts involving narcotics trafficking, including heroin, cocaine, and marijuana, in violation of the laws of the United States, namely,

C.   21 U.S.C. §§ 846 and 841(a)(1) (involving narcotics trafficking and conspiracy to commit narcotics trafficking, including heroin, cocaine and marijuana);

and multiple acts chargeable under the following provisions of state law:

D.   Texas Penal Code, Section 19.02(b) (Murder).

30. It was a further part of the conspiracy that each defendant agreed that a conspirator would commit at least two acts of racketeering activity in the conduct of the affairs of the enterprise.

## OVERT ACTS

USCA5 39

# **REDACTED**

## **Pages 20 - 51**

### Notice of Special Sentencing Factors.

226. The allegations and facts set forth in this Notice of Special Sentencing Factors relates to Count 2 of this indictment.

227. Beginning on or about January 1, 2003, and continuing through and including on or about the date of the return of this indictment, both dates being approximate and inclusive, within the Western District of Texas, and elsewhere, the defendants, **CARLOS PEREA, aka "Shotgun,"**

knowingly, and intentionally conspired, to possess a controlled substance, which offense involved one kilogram or more of a mixture or substance containing a detectable amount of heroin, with intent to distribute same, and they conspired to possess five kilograms or more of a mixture or substance containing a detectable amount of cocaine, with intent to distribute same. All in violation of Title 21, United States Code, Sections 846 and 841(a)(1) and 841(b)(1)(A)(i) and (ii).

228. On or about September 15, 2006, in the Western District of Texas, and elsewhere, the defendant,                                    knowingly and intentionally possessed with intent to distribute one kilogram or more of a mixture or substance containing a detectable amount of heroin. All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(i).

229. Beginning on or about January 1, 2003, and continuing through and including on or about the date of the return of this indictment, both dates being approximate and inclusive, within

52

the Western District of Texas, and elsewhere, the defendant,

knowingly and intentionally possessed with intent to distribute a controlled substance, which offense involved five kilograms or more of a mixture or substance containing a detectable amount of cocaine. All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A)(ii).

230. On or about December 6, 2006, in the Western District of Texas, Defendant

knowingly, and intentionally, conspired, combined, confederated, and agreed with others to the Grand Jury known and unknown, to cause serious bodily injury, and to commit an act clearly dangerous to human life that caused the death of                    in violation of Texas Penal Code § 19.02(b)(2).

231. On or about December 6, 2006, in the Western District of Texas and elsewhere, defendants                                    knowingly, and intentionally, conspired, combined, confederated, and agreed with each other and with others to the Grand Jury known and unknown, and did unlawfully attempt to commit a felony, other than manslaughter, and in the course of and in furtherance of the commission and attempt, and in immediate flight from the commission and attempt, they committed and attempted to commit an act clearly dangerous to human life that caused the death of.                    in violation of Texas Penal Code § 19.02(b)(3).

USCA5 42

**COUNT THREE**
(Hobbs Act Conspiracy)
18 U.S.C. § 1951

232. Beginning on or about January 1, 2003, and continuing through and including on or about the date of the return of this indictment, both dates being approximate and inclusive, within the Western District of Texas, and elsewhere, the Defendants,

knowingly and intentionally conspired, combined, confederated, and agreed with each other, and with others to the Grand Jury known and unknown, to commit offenses against the United States, in violation of Title 18, United States Code, Section 1951(a), that is to say, they conspired to obstruct, delay and affect, commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of an article and commodity in such commerce, by extortion, as that term is defined in Title 18, United States Code, Section 1951(b)(2), in that the defendants did obtain and attempt to obtain monetary instruments by extortion, and the property of persons known and unknown with the consent of such persons, having been induced by the wrongful use of actual and threatened force, violence and fear.

All in violation of Title 18, United States Code, Section 1951(a).

54

## COUNT FOUR
### (Conspiracy to Launder Monetary Instruments)
18 U.S.C. 1956 (a)(1)(A)(i)(B)(i) and (h)

233. Beginning on or about January 1, 2003, and continuing through and including on or about the date of the return of this indictment, both dates being approximate and inclusive, within the Western District of Texas, and elsewhere, the Defendants,

### CARLOS PEREA, aka "Shotgun,"

knowingly and intentionally conspired, combined, confederated and agreed together and with each other and others known and unknown to the Grand Jury, to commit offenses against the United States, in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and (B)(i), that is to say they conspired to conduct and attempt to conduct a financial transaction, affecting interstate and foreign commerce, knowing that the property in the financial transaction represented the proceeds of some form of unlawful activity, to-wit; conspiracy to obtain monetary instruments by extortion, having been induced by the wrongful use of actual and threatened force, violence and fear and conspiracy to possess with the intent to distribute a controlled substance, and did so with the intent to promote the carrying on of the specific unlawful activity, and knowing that the financial transaction was designed in whole or in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of the specified unlawful activity.

All in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i)(B)(i) and (h).

USCA5 44

## COUNT FIVE

**(Conspiracy to possess with intent to distribute heroin, cocaine and marijuana)**
**21 U.S.C. §§ 846 and 841(a)(1) and 841(b)(1)(A)(i) and (ii) and (b)(1)(B)(vii)**

234. Beginning on or about January 1, 2003, and continuing through and including on or about the date of the return of this indictment, both dates being approximate and inclusive, within the Western District of Texas, and elsewhere, the Defendants,

**CARLOS PEREA, aka "Shotgun,"**

knowingly, and intentionally conspired, combined, confederated, and agreed together, and with others to the Grand Jury known and unknown, to commit offenses against the United States, in violation of Title 21, United States Code, Section 846, that is to say, they conspired to possess a controlled substance, which offense involved one kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule II Controlled Substance, with intent to distribute same, and they conspired to possess a controlled substance, which offense involved five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, with intent to distribute same, and they conspired to possess a controlled substance, which offense involved 100 kilograms or more of a mixture or substance containing a

56

detectable amount of marijuana, a Schedule I Controlled Substance.

All in violation of Title 21, United States Code, Sections 846 and 841(a)(1) and 841(b)(1)(A)(i) and

(ii) and (b)(1)(B)(vii).

## COUNT SIX
### (Possession of heroin with intent to distribute)
### 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(i)

235. On or about September 15, 2006, in the Western District of Texas, and elsewhere, the

defendant,

knowingly and intentionally possessed with intent to distribute a controlled substance, which offense

involved one kilogram or more of a mixture or substance containing a detectable amount of heroin,

a Schedule II Controlled Substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(i)

## COUNT SEVEN
### (Possession of cocaine with intent to distribute.)
### 21 U.S.C. §§ 841(a) and 841(b)(1)(A)(ii)

236. Beginning on or about January 1, 2003, and continuing through and including on or

about the date of the return of this indictment, both dates being approximate and inclusive, within

the Western District of Texas, and elsewhere, the Defendants,

knowingly and intentionally possessed with intent to distribute a controlled substance, which offense

involved five kilograms or more of a mixture or substance containing a detectable amount of

cocaine, a Schedule II Controlled Substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii).

USCA5 46

## COUNT EIGHT
### (Possession of cocaine with intent to distribute.)
21 U.S.C. §§ 841(a) and 841(b)(1)(B)(ii)

237.  Beginning on or about January 1, 2003, and continuing through and including on or about the date of the return of this indictment, both dates being approximate and inclusive, within the Western District of Texas, and elsewhere, the Defendants,

knowingly and intentionally possessed with intent to distribute a controlled substance, which offense involved 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii).

## COUNT NINE
(21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C))

238.  That on or about September 7, 2007, in the Western District of Texas, Defendant,

knowingly and intentionally possessed with intent to distribute a controlled substance, which offense involved 50 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I Controlled Substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

USCA5 47

## COUNT TEN
### (Violent crimes in aid of racketeering activity)
### 18 U.S.C. 1959(a)(3) and (2)

239.  Beginning on or about January 1, 2003, and continuing through and including on or about the date of the return of this indictment, both dates being approximate and inclusive, the Barrio Azteca, as more fully described in paragraphs 1 through 17 of the introduction of this indictment, which are realleged and incorporated by reference as though set forth fully herein constituted an enterprise as defined in Title 18, United States Code, Section 1959(b)(2), namely the Barrio Azteca enterprise, that is, a group of individuals associated in fact which was engaged in, and the activities of which affected, interstate and foreign commerce.  The enterprise constituted an ongoing organization whose members functioned as a continuing unit for a common purpose of achieving the objectives of the enterprise.

240.  At all times relevant to this indictment, the above-described enterprise, through its members and associates, engaged in racketeering activity as defined in Title 18, United States Code, Section 1959(b)(1) and 1961(1), namely acts involving murder in violation of Texas state law, and narcotics trafficking in violation of Title 21, United States Code, Sections 841 and 846, and acts indictable under Sections 1951 (extortion) and 1956 (money laundering) of Title 18, United States Code.

241.  On or about January 26, 2006, and continuing through and including on or about the date of the return of this indictment, both dates being approximate and inclusive, within the Western District of Texas, and elsewhere, as consideration for the receipt of, and as consideration for a promise and an agreement to pay, anything of pecuniary value from the Barrio Azteca, and for the purpose of gaining entrance to and maintaining and increasing position in the Barrio Azteca, an

USCA5 48

enterprise engaged in racketeering activity, the defendant,

knowingly, and intentionally, assaulted JMA, resulting in serious bodily injury, in violation of

Texas Penal Code, Section 22.02(a)(2).

All in violation of Title 18, United States Code 1959(a)(3) and (2)

## COUNT ELEVEN
### (Murder in aid of racketeering activity; )
18 U.S.C. 1959(a)(1) and (2)

242. Paragraphs 239 and 240 are realleged and incorporated by reference as though set forth

fully herein.

243. On or about January 1, 2006, and continuing through and including on or about the date

of the return of this indictment, both dates being approximate and inclusive, within the Western

District of Texas and elsewhere, as consideration for the receipt of, and as consideration for a

promise and an agreement to pay, anything of pecuniary value from the Barrio Azteca, and for the

purpose of gaining entrance to and maintaining and increasing position in the Barrio Azteca, an

enterprise engaged in racketeering activity, the defendants,

knowingly, and intentionally and while intending to cause serious bodily injury did commit an act

clearly dangerous to human life, and while committing and attempting to commit a felony, other

than manslaughter and in the course of and in furtherance of the commission and attempt, and in

immediate flight from the commission and attempt, committed and attempted to commit an act

clearly dangerous to human life and caused the death of                              in violation of Texas

60

Penal Code, Section 19.02(b)(2) & (3).

All in violation of Title 18, United States Code, Sections 2 and 1959(a)(1).

<u>Notice of Special Sentencing Factors</u>.

61

62



A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

JOHNNY SUTTON
UNITED STATES ATTORNEY

BY: _____
Assistant U.S. Attorney

63



RECEIVED
NOV - 3 2008
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED
2009 NOV -4 AM 8: 47
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ D. A_____
DEPUTY

UNITED STATES OF AMERICA,          §
                                    §
vs                                  §
                                    §
CARLOS PEREA,  (1)                 §
aka "Shotgun,"                     §
MANUEL CARDOZA,  (2)               §     EP-08 CR-059-DB
aka "Tolon,"                       §
BENJAMIN ALVAREZ,  (3)             §
aka "T-Top,"                       §
EDUARDO RAVELO,  (4)               §
aka "Tablas,"                      §
MIGUEL ANGEL ESQUEDA,  (5)         §
aka "Angelillo,"                   §
GUSTAVO GALLARDO,  (6)             §
aka "Tavo,"                        §
EUGENE MONA,  (7)                  §
aka "Gino,"                        §
JOSE MARTIN GARCIA,  (8)           §
aka "Spider,"                      §
ROBERTO DURAN,  (9)                §
aka "Niteowl,"                     §
DANNY TARIN,  (10)                 §
JOHNNY MICHELLETTI,   (11)         §
aka "Conejo,"                      §
SAID FRANCISCO HERRERA,  (12)      §
aka "Shorty,"                      §
ADAM MUNOZ,  (13)                  §
aka "Serio,"                       §
ERIC SAUCEDO,  (14)                §
aka "Flaco,"                       §
ARTURO ENRIQUEZ,  (15)             §
aka "Tury," and                    §
SANDY VALLES NEW,  (16)            §
aka "Guera."                       §

## ORDER TO UNSEAL INDICTMENT

On this date, came on to be considered the Government's Motion to Unseal the Indictment

in the above entitled and numbered cause, and the Court having considered the same, is of the

opinion that said Motion should be GRANTED.

IT IS THEREFORE ORDERED that the Indictment in the above entitled and numbered cause be, and is hereby UNSEALED.

SIGNED AND ENTERED this the 3rd day of November, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

# TAB 4
## Judgment/Sentence

AO 245 B (Rev. 06/05)(W.D.TX.) - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Western District of Texas
### EL PASO DIVISION

FILED
2009 APR 15 AM 8: 53
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
         DEPUTY

UNITED STATES OF AMERICA

v.

CARLOS PEREA aka "Shotgun"

Defendant.

Case Number    EP-08-CR-59-DB(1)
USM Number     48383-080

## JUDGMENT IN A CRIMINAL CASE
### (For Offenses Committed On or After November 1, 1987)

The defendant, CARLOS PEREA aka "Shotgun", was represented by Gary Weiser.

The defendant was found guilty on Counts 1,2,4,5 by a jury verdict on December 2, 2008 after a plea of not guilty. Accordingly, the defendant is adjudged guilty of such Counts, involving the following offenses:

| Title & Section | Nature of Offense | Offense Ended | Count (s) |
|---|---|---|---|
| 18 U.S.C. 1962(c) | Engaging in the affairs of an enterprise through a pattern of racketeering activity | 1-1-2003 and continuing thereafter through and including on or about the return of this indictment | 1 |
| 18 U.S.C. 1962(d) | Conspiring to conduct the affairs of an enterprise through a patter of racketeering activity | 1-1-2003 and continuing thereafter through and including on or about the date of the return of this indictment | 2 |
| 18 U.S.C. 1956 | Conspiring to launder monetary instruments | 1-1-2003 and continuing through and including on or about the date of the return of this indictment | 4 |
| 21 U.S.C. 841 and 846 | Conspiring to possess with intent to distribute > one kilogram of heroin, > five kilograms of cocaine and > 100 kilograms of marijuana | 1-1-2003 and continuing through and including on or about the date of the return of this indictment | 5 |

As pronounced on April 13, 2009, the defendant is sentenced as provided in pages 2 through 6 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant shall notify the Court and United States Attorney of any material change in the defendant's economic circumstances.

Signed this the ___14___ day of April, 2009.

DAVID BRIONES
United States District Judge

AO 245 B (Rev. 06/05)(W.D.TX.) - Imprisonment

Judgment--Page 2

Defendant:  CARLOS PEREA aka "Shotgun"
Case Number:  EP-08-CR-59-DB(1)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of Life on each of Counts One(1),Two(2),Five(5) and 240 months as to Count Four(4) to be served concurrently, sentence imposed to  be served consecutively with the sentence imposed in Cause Number EP-01-CR-1437-DB in the Western District of Texas, El Paso Division.

The Court makes the following recommendations to the Bureau of Prisons:

That the defendant serve this sentence at U.S.P., Pollock, Louisiana.

The defendant shall remain in custody pending service of sentence.

## RETURN

I have executed this Judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this Judgment.

_____
United States Marshal

By _____
Deputy Marshal

AO 245 B (Rev. 06/05)(W.D.TX.) - Supervised Release

Judgment--Page 3

Defendant: CARLOS PEREA aka "Shotgun"
Case Number: EP-08-CR-59-DB(1)

### SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on non-reporting supervised release for a term of 5 years on each of Counts One(1),Two(2),Five(5) and 3 years as to Count Four(4) to be served concurrently.

While on non-reporting supervised release, the defendant shall comply with the mandatory, standard and if applicable, the special conditions that have been adopted by this Court as set forth on pages 4 and 5 of this judgment; and shall comply with the following additional condition:

X The mandatory drug testing provision of the Violent Crime Control and Law Enforcement Act of 1994 is suspended.

Judgment—Page 4

Defendant: CARLOS PEREA aka "Shotgun"
Case Number: EP-08-CR-59-DB(1)

### CONDITIONS OF SUPERVISION

**Mandatory Conditions:**

1) The defendant shall not commit another federal, state, or local crime.

2) The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

3) In supervised release cases only, the defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from custody of the Bureau of Prisons.

4) If convicted of a felony, the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

5) The defendant shall cooperate in the collection of DNA as directed by the probation officer if the collection of such a sample is authorized pursuant to section 3 of the DNA Analysis Backlog Elimination Act of 2000 (42 U.S.C. § 1413a).

6) If convicted of a sexual offense as described in 18 U.S.C. § 4042(c)(4), the defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer.

7) If convicted of a domestic violence crime as defined in 18 U.S.C. § 3561(b), the defendant shall participate in an approved program for domestic violence.

8) If the judgment imposes a fine or restitution, it is a condition of supervision that the defendant pay in accordance with the Schedule of Payments sheet of the judgment.

**Standard Conditions:**

1) The defendant shall not leave the judicial district without permission of the court or probation officer.

2) The defendant shall report to the Probation Officer and shall submit a truthful and complete written report within the first five days of each month.

3) The defendant shall answer truthfully all inquires by the Probation Officer and follow the instructions of the Probation Officer.

4) The defendant shall support his or her dependents and meet other family responsibilities.

5) The defendant shall work regularly at a lawful occupation unless excused by the Probation Officer for schooling, training or other acceptable reasons.

6) The defendant shall notify the Probation Officer at least ten days prior to any change in residence or employment.

7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.

8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.

9) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the Probation Officer.

10) The defendant shall permit a Probation Officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the Probation Officer.

11) The defendant shall notify the Probation Officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

12) The defendant shall not enter into any agreement to act as an informer or special agent of a law enforcement agency without the permission of the Court.

13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

Judgment--Page 5

Defendant: CARLOS PEREA aka "Shotgun"
Case Number: EP-08-CR-59-DB(1)

14) If convicted of a sexual offense as described in 18 U.S.C. § 4042(c)(4), or has a prior conviction of a State or local offense that would have been an offense as described in 18 U.S.C. § 4042 (c)(4) if a circumstance giving rise to Federal jurisdiction had existed, the defendant shall participate in a sex offender treatment program approved by the probation officer. The defendant shall abide by all program rules, requirements and conditions of the sex offender treatment program, including submission to polygraph testing, to determine if the defendant is in compliance with the conditions of release. The defendant may be required to contribute to the cost of the services rendered (copayment) in an amount to be determined by the probation officer, based on the defendant's ability to pay.

15) The defendant shall submit to an evaluation for substance abuse or dependency treatment as directed by the probation officer, and if deemed necessary by the probation officer, the defendant shall participate in a program approved by the probation officer for treatment of narcotic addiction or drug or alcohol dependency which may include testing and examination to determine if the defendant has reverted to the use of drugs or alcohol. The defendant may be required to contribute to the cost of the services rendered (copayment) in an amount to be determined by the probation officer, based upon the defendant's ability to pay.

16) The defendant shall submit to an evaluation for mental health counseling as directed by the probation officer, and if deemed necessary by the probation officer, the defendant shall participate in a mental health program approved by the probation officer. The defendant may be required to contribute to the cost of the services rendered (copayment) in an amount to be determined by the probation officer, based upon the defendant's ability to pay.

17) If the defendant is excluded, deported, or removed upon release from imprisonment, the term of supervised release shall be a non-reporting term of supervised release. The defendant shall not illegally re-enter the United States. If the defendant lawfully re-enters the United States during the term of supervised release, the defendant shall immediately report in person to the nearest U.S. Probation Office.

18) If the judgment imposes other criminal monetary penalties, it is a condition of supervision that the defendant pay such penalties in accordance with the Schedule of Payments sheet of the judgment.

19) If the judgment imposes a fine, special assessment, restitution, or other criminal monetary penalties, it is a condition of supervision that the defendant shall provide the probation officer access to any requested financial information.

20) If the judgment imposes a fine, special assessment, restitution, or other criminal monetary penalties, it is a condition of supervision that the defendant shall not incur any new credit charges or open additional lines of credit without the approval of the probation officer unless the defendant is in compliance with the payment schedule.

The Court further adopts such of the following special conditions applied to the supervised person by the judge at the time of sentencing:

1) **COMMUNITY CONFINEMENT:** The defendant shall reside in a Community Corrections Center for a period of _____ months to commence on _____. Further, once employed, the defendant shall pay 25% of his/her weekly gross income for his/her subsistence as long as that amount does not exceed the daily contract rate.

2) **HOME DETENTION:** The defendant shall participate in the Home Confinement Program for a period of _____ days/months. During this time the defendant shall remain at his/her place of residence except for employment and other activities approved in advance by the probation officer. The defendant shall maintain a telephone at his/her place of residence without "call forwarding," a "modem," "caller ID," "call waiting," or portable cordless telephones for the above period. At the direction of the probation officer, the defendant shall wear an electronic monitoring device and follow electronic monitoring procedures specified by the probation officer. The court further orders that the defendant shall pay for the costs of Home Confinement, as directed by the probation officer.

3) **COMMUNITY SERVICE:** The defendant shall perform _____ hours of community service work without pay, at a location approved by the probation officer, at a minimum rate of four hours per week, to be completed during the first _____ months of supervision.

AO 245 B (Rev. 06/05)(W.D.TX.) - CMP

Defendant:  CARLOS PEREA aka "Shotgun"
Case Number:  EP-08-CR-59-DB(1)

## CRIMINAL MONETARY PENALTIES/ SCHEDULE

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth.  Unless the Court has expressly ordered otherwise, If this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment.  Criminal Monetary Penalties, except those payments made through Federal Bureau of Prisons' Inmate Financial Responsibility Program shall be paid through the Clerk, United States District Court,  511 E. San Antonio Street, Room 219 El Paso, Texas 79901.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| TOTAL: | $400.00 | $2,500.00 | $0 |

### Special Assessment

It is ordered that the defendant shall pay to the United States a special assessment of $400.00.  Payment of this sum shall begin immediately.

### Fine

The defendant shall pay a fine of $2,500.00.  Payment of this sum shall begin immediately.  The Court determines that the defendant does not have the ability to pay interest and therefore waives the interest requirement pursuant to 18 U.S.C. § 3612(f)(3).  The fine is below guideline range because of the defendant's inability to pay a fine within the guideline range.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column above.  However, pursuant to 18 U.S.C. § 3664(i), all non-federal victims must be paid before the United States is paid.

If the fine is not paid, the court may sentence the defendant to any sentence which might have been originally imposed. See 18 U.S.C. §3614.

The defendant shall pay interest on any fine or restitution of more than $2,500.00, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. §3612(f).  All payment options may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. §3612(g).

Payments shall be applied in the following order: (1)  assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest,  (7) penalties, and (8) costs, including cost of prosecution and court costs.

Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

# TAB 5
## Certificate of Service

## CERTIFICATE OF SERVICE

I, John Gates, certify that on December 10, 2009 one copy of the brief and record excerpts, in both paper and electronic form, together with the official record in this case consisting of 1 volume of the clerk's record and 16 volumes of the reporter's record, in electronic form, were served upon the United States Department of Justice, through Mr. Joseph Gay, Jr., Chief of the Appellate Section, 601 NW Loop, 410 Ste. 600, San Antonio, Texas 78216, by first-class mail. I also certify that a copy of the brief and record excerpts were served on Mr. Carlos Perea, #48383-080, USP Pollack, U.S. Penitentiary, P.O. Box 2009, Pollack, LA 71467, by first-class mail.

John D. Gates
Attorney for defendant-appellant

/s/John D. Gates